1  Gregory C. Nuti (CSBN 151754)
2  Christopher H. Hart (CSBN 184117)
   Kevin W. Coleman (CSBN 168538)
   NUTI HART LLP
3  411 30th Street, Suite 408
   Oakland, CA 94609-3311
4  Telephone: 510-506-7152
   Email: gnuti@nutihart.com
5  chart@nutihart.com
   kcoleman@nutihart.com
6
   Proposed Attorneys for Matheson
7  Trucking, Inc.

8            **UNITED STATES BANRUPTCY COURT**
             **EASTERN DISTRICT OF CALIFORNIA**
9                **SACRAMENTO DIVISION**

10 | In re:                                | Case No.: 22-21148
11 | MATHESON FLIGHT EXTENDERS, INC.,      | Chapter 11
12 | Debtor.
13

14 | In re:                                | Case No.: 22-21149
15 | MATHESON POSTAL SERVICES, INC.,       | Chapter 11
16 | Debtor.
17

18 | In re:                                | Case No.: 22-21758
   | MATHESON TRUCKING, INC.,              | Chapter 11
19 | Debtor.
20 | ☐ Affects All Debtors                 | **GLOBAL NOTES, METHODOLOGY
   |                                       | AND SPECIFIC DISCLOSURES
21 | ☐ Affects Matheson Flight Extenders Only | REGARDING THE DEBTOR'S
   |                                       | SCHEDULES OF ASSETS AND
22 | ☐ Affects Matheson Postal Services Only | LIABILITIES AND STATEMENT OF
   |                                       | FINANCIAL AFFAIRS**
23 | ☒ Affects Matheson Trucking, Inc. Only |
24 |                                       | Judge: Hon. Christopher M. Klein
25

26 //
27 //
28 //

**<u>Introduction</u>**

Matheson Trucking, Inc., the debtor and debtor-in-possession in the above-captioned chapter 11 case (the "**Debtor**") with the assistance of its advisors, have filed its Schedules of Assets and Liabilities (the "**Schedules**") and Statement of Financial Affairs (the "**Statements**," and together with the Schedules, the "**Schedules and Statements**") with the United States Bankruptcy Court for the Eastern District of California (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These Global Notes, Methodology, and Specific Disclosures Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of the Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

In preparing the Schedules and Statements, the Debtor relied upon information derived from its books and records that was available at the time of such preparation. Although the Debtor has made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements.

The Debtor and its officers, employees, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained in the Schedules and Statements. Except as expressly required by the Bankruptcy Code, the Debtor and its officers, employees, agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized. The Debtor, on behalf of itself, its officers, employees, agents and advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

The Schedules and Statements have been signed by an authorized representative of the Debtor. In reviewing and signing the Schedules and Statements, this representative relied upon the efforts, statements and representations of the Debtor's other personnel and professionals. The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

**<u>GLOBAL NOTES AND OVERVIEW OF METHODOLOGY</u>**

1. **<u>Basis of Presentation</u>**. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial

statements of the Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.

2. **Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to a n y claim ("**Claim**") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtor's chapter 11 case, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code, and any other relevant non- bankruptcy laws to recover assets or avoid transfers.

The listing in the Schedules or Statements (including, without limitation, Schedule A/B, Schedule E/F or Statement 4) by the Debtor of any obligation between a Debtor and another Debtor is a statement of what appears in the Debtor's books and records and does not reflect any admission or conclusion of the Debtor regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

3. **Global Notes.** These Global Notes are in addition to any specific notes set forth in the Schedules and Statement. The fact that the Debtor has prepared a Global Note with respect to a particular Schedule or Statement and not as to others does not reflect and should not be interpreted as a decision by the Debtor to exclude the applicability of such Global Note to any or all of the Debtor's remaining Schedules or Statements, as appropriate.

4. **Description of Cases and "as of" Information Date**. On July 14, 2022 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtor is operating its business and managing its properties as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On July 22, 2022, the Bankruptcy Court entered an order directing procedural consolidation and joint administration of the Debtor's chapter 11 case under case number 22-21148 [Docket No. 63].

**The asset information provided in the Schedules and Statements, except as otherwise noted, represents the asset data of the Debtor as of J u n e 30 , 2022, and the liability information provided herein, except as otherwise noted, represents the liability data of the Debtor as of July 14, 2022.**

5. **Net Book Value of Assets**. Except as otherwise noted, each asset and liability of the Debtor is shown on the basis of net book value of the asset or liability in accordance with the

Debtor's accounting books and records. Therefore, unless otherwise noted, the Schedules and Statements are not based upon any estimate of the current market values of the Debtor's assets and liabilities, which may not correspond to book values. It would be cost prohibitive and unduly burdensome to obtain current market valuations of the Debtor's property interests. Additionally, because the book values of certain assets may materially differ from their fair market values, they may be listed as undetermined amounts as of the Petition Date. Furthermore, as applicable, assets that have been fully depreciated may not appear on the Schedules or may appear with a current value of "undetermined".

6. **Recharacterization**. Notwithstanding the Debtor's reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtor may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtor's business. Accordingly, the Debtor reserves all of its rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired post-petition.

7. **Real Property and Personal Property–Leased**. In the ordinary course of its business, the Debtor leased real property and various articles of personal property, including, fixtures, and equipment, from certain third-party lessors. The Debtor has made reasonable efforts to list all such leases in the Schedules and Statements. The Debtor has made reasonable efforts to include lease obligations on Schedule D (secured debt) to the extent applicable and to the extent the lessor filed a UCC-1. However, nothing in the Schedules or Statements is, or shall be construed as, an admission or determination as to the legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or a financing arrangement).

8. **Excluded Assets and Liabilities**. The Debtor has sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further investigation is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. Accordingly, the Debtor reserves all of its rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtor reserves all of its rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code.

The Debtor has excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, goodwill, accrued salaries, employee benefit accruals, and deferred gains. In addition, certain immaterial assets and liabilities may have been excluded.

The Bankruptcy Court has authorized the Debtor to pay, in its discretion, certain outstanding Claims on a post-petition basis. Prepetition liabilities that have been paid post-

4

petition may have been excluded from the Schedules and Statements. To the extent the Debtor pays any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtor reserves all rights to amend and supplement the Schedules and Statements and take other action, such as filing objections to Claims, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

9.  **Insiders**.   Solely, for purposes of the Schedules and Statements, the Debtor  defines "insiders" to include the following: (a) directors; (b) senior level officers; (c) equity holders holding in excess of 5% of the voting securities of the Debtor entities; (d) Debtor affiliates; and (e) relatives of any of the foregoing (to the extent known by the Debtor). Entities listed as "insiders" have been included for informational purposes and their inclusion shall not constitute an admission that those entities are insiders for purposes of section 101(31) of the Bankruptcy Code.

10. **Intercompany and Other Transactions.**   For certain reporting and internal accounting purposes, the Debtor records intercompany receivables and payables. Receivables and payables among the Debtor and its other debtor affiliates are reported as assets on Schedule A/B or liabilities on Schedule E/F part 2, as appropriate (collectively, the "***Intercompany Claims***") as of the Petition Date. While the Debtor has used commercially reasonable efforts to ensure that the proper intercompany balance is attributed to each legal entity, the Debtor and its estate reserve all rights to amend the Intercompany Claims in the Schedules and Statements, including, without limitation, to change the characterization, classification, categorization or designation of such claims, including, but not limited to, the right to assert that any or all Intercompany Claims are, in fact, consolidated or otherwise properly assets or liabilities of a different Debtor entity.   The intercompany accounts receivable, accounts payable and loan amounts on a consolidated basis for Matheson Trucking, Inc. and all subsidiaries net to zero.   The company is still in the process of reviewing all intercompany transactions.

The listing in the Schedules or Statements (including, without limitation, Schedule A/B or Schedule E/F) by the Debtor of any Intercompany Claims is a statement of what appears in the Debtor's books and records and does not reflect any admission or conclusion of the Debtor's regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

11. **Executory Contracts and Unexpired Leases**. Although the Debtor made diligent attempts to attribute executory contracts and unexpired leases to their rightful Debtor, in certain instances, the Debtor may have inadvertently failed to do so due to the complexity and size of the Debtor's business.

Moreover, other than real property leases reported in Schedule A/B 55, the Debtor has not necessarily set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtor's estate. The Debtor's executory contracts  and unexpired leases have been set forth in Schedule G.

12. **Materialman's/Mechanic's Liens**. The assets listed in the Schedules and Statements are presented without consideration of any materialman's or mechanic's liens.

**13. Classifications**. Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E/F part 1 as "priority," (c) Schedule E/F part 2 as "unsecured," or (d) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant, or a waiver of the Debtor's rights to recharacterize or reclassify such Claims or contracts or leases or to exercise its rights to setoff against such Claims.

**14. Claims Description**. Schedules D and E/F permit the Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on the Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. Moreover, listing a Claim does not constitute an admission of liability by the Debtor.

**15. Causes of Action**. Despite its reasonable efforts to identify all known assets, the Debtor may not have listed all of its causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtor reserves all of its rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-claim, counter-claim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") it may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

**16. Litigation**. Certain litigation actions (collectively, the "**Litigation Actions**") reflected as claims against the Debtor may relate to one or more of the other debtors. The Debtor made reasonable efforts to accurately record the Litigation Actions in the Schedules and Statements to which it is a party. The inclusion of any Litigation Action in the Schedules and Statements does not constitute an admission by the Debtor of liability, the validity of any Litigation Action or the amount of any potential claim that may result from any claims with respect to any Litigation Action, or the amount and treatment of any potential claim resulting from any Litigation Action currently pending or that may arise in the future.

**17. Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

  a.  Undetermined Amounts. The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

  b.  Totals. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the

6

extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

    c.   Liens. Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

**18. Estimates and Assumptions.** Because of the timing of the filings, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. Actual amounts could differ from those estimates, perhaps materially.

**19. Currency.** Unless otherwise indicated, all amounts are reflected in U.S. dollars.

**20. Setoffs.** The Debtor incurs certain offsets and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtor and their suppliers and/or customers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtor's industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are or may be excluded from the Debtor's Schedules and Statements.

### Specific Disclosures With Respect To The Debtor's Schedules

**Schedule A/B.** All values set forth in Schedule A/B reflect the book value of the Debtor's assets as of June 30, 2022, unless otherwise noted below. Other than real property leases reported on Schedule A/B 55, the Debtor has not included leases and contracts on Schedule A/B. Leases and contracts are listed on Schedule G.

**Schedule A/B 3.** Cash values held in financial accounts are listed on Schedule A/B 3 as of July 14, 2022, unless otherwise noted in Schedule A/B 3. Details with respect to the Debtor's cash management system and bank accounts are provided in the *Motion for Order Authorizing Debtor to (A) Maintain Existing Bank Account and (B) Continue Use of Cash Management System* [Case No. 22-21758; Docket No. 11] (the "**Cash Management Motion**").

**Schedule A/B 11.** Accounts receivable do not include intercompany receivables. Intercompany receivables are reported on Schedule A/B 77.

**Schedule A/B 47.** Listing the year, make, model and identification numbers for each of the Debtor's automobiles, vans, trucks, and trailers would be unduly burdensome and, therefore, the Debtor has not listed this information. However, if required, the Debtor will compile this information. The vehicles specifically identified in Schedule A/B 47 are believed to be utilized by Matheson Family Members for business and personal use. The amount referenced in the schedules is the net book value and the current value is "undetermined" as the net book value for these vehicles may not be an indication of the market value.

7

**Schedule A/B 55**. The Debtor does not own any real property. The Debtor has listed its real property leases in Schedule A/B 55. The Debtor's leasehold interests/improvements appear on Schedule A/B 55.

**Schedule A/B 63**. The Debtor maintains customer and vendor lists. The amount is listed as undetermined because the fair market value of such ownership cannot be determined.

**Schedule A/B 72**. The Debtor has listed any unused net operating losses in response to Schedule A/B 72 on a consolidated basis.

**Schedule A/B 74 & 75**. In the ordinary course of its business, the Debtor may have accrued, or may subsequently accrue, certain rights to counter-claims, setoffs, refunds, or warranty Claims. Additionally, the Debtor may be a party to pending litigation in which the Debtor has asserted, or may assert, Claims as a plaintiff or counter-claims as a defendant. Because such Claims are unknown to the Debtor and not quantifiable as of the Petition Date, they are not listed on Schedule A/B 74 or 75. The Debtor's failure to list any contingent and/or unliquidated claim held by the Debtor in response to these questions shall not constitute a waiver, release, relinquishment, or forfeiture of such claim.

**Schedule A/B 77**. The intercompany receivables listed on Schedule A/B 77 indicate the date through which they were calculated. All other receivables listed on Schedule A/B 77 are listed as of June 30, 2022.

**Schedule D**. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. Nothing herein shall be construed as an admission by the Debtor of the legal rights of the claimant or a waiver of the Debtor's rights to re-characterize or reclassify such Claim or contract.

Moreover, the Debtor has not included on Schedule D parties that may believe their Claims are secured through setoff rights, letters of credit, surety bonds, or inchoate statutory lien rights.

Finally, any description of any lien or of the Debtor's property that is subject to a lien that is included in Schedule D is not an admission by the Debtor of the validity or the enforceability of the lien. The descriptions included in Schedule D are derived from the various filings that record a creditor's alleged interest in the Debtor's property. The Debtor reserves all rights to challenge these interests in connection with the Chapter 11 Case.

**Schedule E/F Part 1**. The Bankruptcy Court has authorized the Debtor, in its discretion, to pay certain employee wage, paid time off, benefit and business expenses that may be entitled to priority under the applicable provisions of the Bankruptcy Code. To the extent that applicable

Claims have been or will be paid under one or more of the Court's orders, such Claims may not be included in Schedule E/F Part 1.

The listing of any claim on Schedule E/F Part 1 does not constitute an admission by the Debtor that such claim is entitled to priority treatment under 11 U.S.C. § 507. The Debtor reserves its right to dispute the priority status of any claim on any basis.

**Schedule E/F part 2**. The Debtor has used reasonable efforts to report all general unsecured Claims against the Debtor on Schedule E/F part 2, based upon the Debtor's books and records as of the Petition Date.

Determining the date upon which each Claim on Schedule E/F part 2 was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtor does not list a date for each Claim listed on Schedule E/F part 2. Furthermore, Claims listed on Schedule E/F part 2 may have been aggregated by unique creditor name and remit to address, and may include several dates of incurrence for the aggregate balance listed.

Schedule E/F part 2 contains information regarding pending litigation involving the Debtor. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements. Some of the litigation Claims listed on Schedule E/F may be subject to subordination pursuant to section 510 of the Bankruptcy Code. Further, the incidents underlying the litigation Claims listed on Schedule E/F may have given rise to related obligations that the Debtor may be responsible for. Inclusion of these related obligations on Schedule E/F is not intended to suggest that the litigation counterparty is entitled to multiple or duplicative recoveries.

Schedule E/F part 2 also includes potential or threatened litigation claims. Any information contained in Schedule E/F part 2 with respect to such potential litigation shall not be a binding representation of the Debtor's liabilities with respect to any of the potential suits and proceedings included therein.

The Debtor expressly incorporates by reference into Schedule E/F part 2, all parties to pending litigation listed in the Debtor's Statements 7, as contingent, unliquidated, and disputed claims, to the extent not already listed on Schedule E/F part 2.

Schedule E/F part 2 reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases. Additionally, Schedule E/F part 2 does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

**Schedule G**.    Although reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. The Debtor hereby reserves all of its rights to (i) dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and (ii) amend or supplement such Schedule as necessary. Furthermore, the Debtor reserves all of its rights, claims and causes of action with respect to the contracts and agreements listed on the Schedules, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument.

Certain information, such as the contact information of the counterparty, may not be included where such information could not be obtained using the Debtor's reasonable efforts. Listing or omitting a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is or is not an executory contract or unexpired lease, was in effect on the Petition Date, or is valid or enforceable. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

Certain confidentiality and non-disclosure agreements may not be listed on Schedule G.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry. In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the Debtor and such supplier or provider. The Debtor expressly reserves its rights to challenge whether such related materials constitute an executory contract, a single contract or agreement, or multiple, severable or separate contracts.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments, and agreements that may not be listed therein despite the Debtor's use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In addition, the Debtor may have entered into other types of agreements in the ordinary course of its business, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents may not be set forth on Schedule G. Executory agreements that are oral in nature have not been included on the Schedule G.

**<u>Schedule H</u>**. For purposes of Schedule H, the Debtor has listed parties that are either the principal obligors or guarantors under the prepetition debt facilities as co-debtors on Schedule H. The Debtor may not have identified certain guarantees associated with the Debtor's executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements.

In the ordinary course of its business, the Debtor may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties. Because the Debtor has treated all such Claims as contingent, disputed, or unliquidated, such Claims have not been set forth individually on Schedule H. Litigation matters can be found on the Debtor's Schedule E/F part 2 and Statement 7, as applicable.

10

### Specific Disclosures With Respect To The Debtor's Statements

**Statement 3**. Statement 3 includes any disbursement or other transfer made by the Debtor within 90 days before the Petition Date except for those made to insiders (which payments appear in response to Statement question 4), employees, and bankruptcy professionals (which payments appear in Statement 11 and include any retainers paid to bankruptcy professionals). The amounts listed in Statement 3 reflect the Debtor's disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3.

**Statement 4**. Statement 4 accounts for the Debtor's intercompany transactions, as well as other transfers to insiders as applicable. With respect to individuals, the amounts listed reflect the universe of payments and transfers to such individuals including compensation, bonus (if any), expense reimbursement, relocation reimbursement, and/or severance.

Amounts paid on behalf of such employee for certain life and disability coverage, which coverage is provided to all of the Debtor's employees, has not been included.

The Debtor's historical practice for many years prior to 2022 generally was to routinely pay and treat certain non-business credit card payments and other non-business expenses paid on behalf of certain officers and directors as additional compensation for which the recipient received a 1099. After the Debtor's financial problems manifested in or around Feb. 2022, the Debtor imposed additional controls to limit payment of non-business-related expenses and other expenses to officers, directors, and other insiders. The Debtor continues to review its procedures and policies in that regard. The Debtor has included all consulting and payroll distributions, supplemental compensation, and aggregate travel, entertainment, and other expense reimbursements, aggregated by date, made over the twelve months preceding the Petition Date to any individual that may be deemed an "Insider." The Debtor believes that listing of individual payments on a payment date by payment date basis would be unduly burdensome and, therefore, the Debtor has listed the information on an aggregate basis. However, if required, the Debtor will compile this information.

The listing of a party as an Insider in the Schedules and Statements is not intended to be, nor shall be, construed as a legal characterization or determination of such party as an actual insider and does not act as an admission of any fact, claim, right or defense, and all such rights, claims, and defenses are hereby expressly reserved.

**Statement 7**. Any information contained in Statement 7 shall not be a binding representation of the Debtor's liabilities with respect to any of the suits and proceedings identified therein.

The Debtor used reasonable efforts to identify all pending litigation and assign appropriate descriptions thereto. In the event that the Debtor discovers additional information pertaining to these legal actions identified in response to Question 7, the Debtor will use reasonable efforts to supplement the Statements.

**Statement 10**. The Debtor occasionally incur losses for a variety of reasons, including theft and property damage. The Debtor, however, may not have records of all such losses if such losses do not have a material impact on the Debtor's business or are not reported for insurance purposes.

11

**Statement 11**. Out of an abundance of caution, the Debtor has included payments to all professionals who have rendered any advice related the Debtor's bankruptcy proceeding in Statement 11. However, it is possible that the disclosed fees also relate to other, non-bankruptcy related services, and may include services rendered to other parties.

**Statement 26d**. The Debtor has provided financial statements in the ordinary course of its business to numerous financial institutions, creditors, and other parties within two years immediately before the Petition Date. Considering the number of such recipients and the possibility that such information may have been shared with parties without the Debtor's knowledge or consent or subject to confidentiality agreements, the Debtor may not have disclosed all parties that may have received such financial statements.

**Statement 30**. Unless otherwise indicated in a specific response to Statement 30, the Debtor has included a comprehensive response to Statement 30 in Statement 4.

//

//

//

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td><strong>Debtor name:</strong> Matheson Trucking, Inc.</td></tr>
<tr><td><strong>United States Bankruptcy Court for the:</strong> Eastern District of California</td></tr>
<tr><td><strong>Case number (if known):</strong> 22-21758</td></tr>
</table>

☐ Check if this is an
amended filing

<u>Official Form 206Sum</u>

# Summary of Assets and Liabilities for Non-Individuals    12/15

**Part 1:**   **Summary of Assets**

1.   ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

    1a.   **Real property:**
    Copy line 88 from Schedule A/B ................................................................   | $166,533.37 |

    1b.   **Total personal property:**
    Copy line 91A from Schedule A/B ...........................................................   | $217,799,278.52 |

    1c.   **Total of all property:**
    Copy line 92 from Schedule A/B ..............................................................   | $217,965,811.89 |

**Part 2:**   **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D ................   | $14,640,544.09 |

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a.   **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F .......................................   | $138,488.00 |

    3b.   **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F ...........................   | + $300,381,275.61 |

4.   ***Total liabilities***
Lines 2 + 3a + 3b ...........................................................................................   | $315,160,307.70 |

| Fill in this information to identify the case: |
|---|
| **Debtor name:** Matheson Trucking, Inc. |
| **United States Bankruptcy Court for the:** Eastern District of California |
| **Case number (if known):** 22-21758 |

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1.     Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2.     Cash on hand**

2.1.  _____          $_____

**3.     Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | BANK OF AMERICA | MASTER CONCENTRATION ACCOUNT - CHECKING | 1526 | ($262,911.83) |
| 3.2. | BANK OF AMERICA | CREDIT CARD COLLATERAL ACCOUNT | 1721 | $250,000.00 |
| 3.3. | BANK OF AMERICA | INSURANCE ACCOUNT | 1941 | $0.00 |
| 3.4.[1] | BANK OF AMERICA | EMPLOYEE TRUST ACCOUNT | 1540 | $1,291,634.77 |

[1]SERVICE CONTRACT ACT EMPLOYEE WELFARE BENEFITS TRUST - BANK ACCOUNT HELD IN TRUST; BALANCE AS OF 6/30/2022

**4.     Other cash equivalents** *(Identify all)*

| | Description | Name of institution | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|---|
| 4.1. | _____ | _____ | _____ | _____ | $_____ |

**5.     Total of part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $1,278,722.94 |
|---|

Debtor   **Matheson Trucking, Inc.**          Case number *(if known)* **22-21758**

| Part 2: | Deposits and prepayments |
|---------|--------------------------|

**6.**     **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below

**7.**     **Deposits, including security deposits and utility deposits**

| Description, including name of holder of deposit | Current value of debtor's interest |
|---|---|
| 7.1.   SECURITY | $3,000.00 |
| JAMAL SALEH<br>7835 CHURCH ST<br>HIGHLAND CA 92346 | |
| 7.2.   SECURITY | $1,350.00 |
| PIPKIN CONSTRUCTION<br>8997 MANDAN COURT<br>BOISE ID 83709 | |
| 7.3.   SECURITY | $38,513.00 |
| PROLOGIS L.P.<br>775/795 ATLANTA S. PARKWAY, SUITE 100<br>COLLEGE PARK GA 30349 | |
| 7.4.   SECURITY | $215,191.00 |
| STAG INDUSTRIAL HOLDINGS LLC<br>2189 WESTOVER ROAD<br>CHICOPEE MA 01022 | |

**8.**     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| Description, including name of holder of prepayment | Current value of debtor's interest |
|---|---|
| 8.1.   EXCESS LIABILITY POLICY | $_____ |
| ACE PROPERTY & CASUALTY INSURANCE CO | |
| 8.2.   PREPAID INSURUANCE | $1,937,944.10 |
| ALL BUSINESS INSURANCE POLICIES | |
| 8.3.   EXCESS LIABILITY POLICY | $_____ |
| ARGONAUT INSURANCE COMPANY | |
| 8.4.   PREPAID SUBSCRIPTION | $77,363.34 |
| CERIDIAN | |
| 8.5.   PREPAID SOFTWARE LICENSES | $61,668.83 |
| CORNERSTONE ONDEMAND INC. | |
| 8.6.   RETAINER BALANCE | $30,000.00 |
| CULHANE MEADOWS | |
| 8.7.   RETAINER BALANCE | $38,111.50 |
| DEVELOPMENT SPECIALISTS, INC. | |
| 8.8.   RETAINER BALANCE | $11,012.60 |
| DONLIN, RECANO & COMPANY, INC. | |
| 8.9.   RETAINER BALANCE | $16,213.00 |
| DOWNEY B LEGAL | |

Debtor   **Matheson Trucking, Inc.**                    Case number *(if known)* **22-21758**

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| | Description, including name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| 8.10. | RETAINER BALANCE | $8,395.50 |
| | FLETCHER & LEE | |
| 8.11. | AUTO INSURANCE POLICIES | $_____ |
| | GREENWICH INSURANCE COMPANY | |
| 8.12. | GL INSURANCE POLICY | $_____ |
| | GREENWICH INSURANCE COMPANY | |
| 8.13. | RETAINER BALANCE | $25,000.00 |
| | MCDONALD CARANO WILSON | |
| 8.14. | PREPAID MISC | $65,106.40 |
| | MULTIPLE | |
| 8.15. | RETAINER BALANCE | $40,825.50 |
| | NUTI-HART LLP | |
| 8.16. | RETAINER BALANCE | $10,000.00 |
| | PORTER SCOTT | |
| 8.17. | FUEL STORAGE TANK POLLUTION | $_____ |
| | SCOTTSDALE INSURANCE COMPANY | |
| 8.18. | PROPERTY INSURANCE POLICY | $_____ |
| | TRAVELERS PROPERTY CASUALTY CO OF AMERICA | |
| 8.19. | EXCESS LIABILITY POLICY | $_____ |
| | WESTCHESTER SURPLUS LINES INSURACNE CO | |
| 8.20. | WC INSURANCE POLICY | $_____ |
| | XL INSURANCE AMERICA INC | |

**9.** **Total of part 2**

Add lines 7 through 8. Copy the total to line 81.

$2,579,694.77

| Part 3: | Accounts receivable |
|---|---|

**10.** **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

**11.** **Accounts receivable**

| | | Face amount | Doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. | 90 days old or less: | $_____ | - $_____ | = ........ → | $_____ |

| | | Face amount | Doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11b. | Over 90 days old: | $_____ | - $_____ | = ........ → | $_____ |

Debtor    **Matheson Trucking, Inc.**         Case number *(if known)* **22-21758**

**12. Total of part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

> $0.00

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☒ Yes. Fill in the information below.

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock

| 14.1. | _____ | _____ | $_____ |
|---|---|---|---|

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| | Name of entity | % of ownership | | |
|---|---|---|---|---|
| 15.1. | JOE GARRETT, INC. | 100.00% | _____ | UNDETERMINED |
| 15.2. | MATHESON AIR SERVICES, LLC | 100.00% | _____ | UNDETERMINED |
| 15.3. | MATHESON FAST FREIGHT, INC. | 100.00% | _____ | UNDETERMINED |
| 15.4. | MATHESON MAIL TRANSPORTATION, INC. | 100.00% | _____ | UNDETERMINED |
| 15.5. | MATHESON POSTAL, INC. | 100.00% | _____ | UNDETERMINED |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe

| 16.1. | _____ | _____ | $_____ |
|---|---|---|---|

**17. Total of part 4**

Add lines 14 through 16. Copy the total to line 83.

> UNDETERMINED

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19. Raw materials**

| 19.1. | _____ | _____ | $_____ | _____ | $_____ |
|---|---|---|---|---|---|

**20. Work in progress**

| 20.1. | _____ | _____ | $_____ | _____ | $_____ |
|---|---|---|---|---|---|

**21. Finished goods, including goods held for resale**

| 21.1. | _____ | _____ | $_____ | _____ | $_____ |
|---|---|---|---|---|---|

**22. Other inventory or supplies**

| | General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 22.1. | INVENTORY - PARTS - FCC | 6/30/2022 | $15,930.57 | FIFO (FIRST IN FIRST OUT) | $15,930.57 |

Debtor   **Matheson Trucking, Inc.**                                    Case number *(if known)* **22-21758**

**22.**   **Other inventory or supplies**

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 22.2. | INVENTORY - PARTS - DEN | 6/30/2022 | $157,629.90 | FIFO (FIRST IN FIRST OUT) | $157,629.90 |
| 22.3. | INVENTORY - PARTS - OAK | 6/30/2022 | $9,882.97 | FIFO (FIRST IN FIRST OUT) | $9,882.97 |
| 22.4. | INVENTORY - PARTS - BOI | 6/30/2022 | $66,204.93 | FIFO (FIRST IN FIRST OUT) | $66,204.93 |
| 22.5. | INVENTORY - PARTS - SAC | 6/30/2022 | $71,221.65 | FIFO (FIRST IN FIRST OUT) | $71,221.65 |
| 22.6. | INVENTORY - PARTS - SB | 6/30/2022 | $57,391.27 | FIFO (FIRST IN FIRST OUT) | $57,391.27 |
| 22.7. | INVENTORY - PARTS - SLC | 6/30/2022 | $213,719.96 | FIFO (FIRST IN FIRST OUT) | $213,719.96 |
| 22.8. | INVENTORY - PARTS - SEA | 6/30/2022 | $111,192.10 | FIFO (FIRST IN FIRST OUT) | $111,192.10 |
| 22.9. | INVENTORY - PARTS - ALL - RESERVE | _____ | ($9,500.00) | 1-2% OF TOTAL BALANCE | ($9,500.00) |

**23.**   **Total of part 5**

Add lines 19 through 22. Copy the total to line 84.

$693,673.35

**24.**   **Is any of the property listed in Part 5 perishable?**

☒ No
☐ Yes

**25.**   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☒ No
☐ Yes Book value: $_____   Valuation method: _____   Current value: $_____

**26.**   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27.**   **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** | **Crops—either planted or harvested** | | |
| 28.1. | _____ | $_____ | _____ | $_____ |
| **29.** | **Farm animals.**  Examples: Livestock, poultry, farm-raised fish | | |
| 29.1. | _____ | $_____ | _____ | $_____ |
| **30.** | **Farm machinery and equipment** (Other than titled motor vehicles) | | |
| 30.1. | _____ | $_____ | _____ | $_____ |
| **31.** | **Farm and fishing supplies, chemicals, and feed** | | |
| 31.1. | _____ | $_____ | _____ | $_____ |

Debtor   **Matheson Trucking, Inc.**             Case number *(if known)* **22-21758**

**32.**      **Other farming and fishing-related property not already listed in Part 6**

32.1.    _____   $_____    _____   $_____

**33.**      **Total of part 6**

       Add lines 28 through 32. Copy the total to line 85.

|  |
|---|
| $0.00 |

**34.**      **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

     ☐ No

     ☐ Yes

**35.**      **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes Book value: $_____ Valuation method: _____ Current value: $_____

**36.**      **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37.**      **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.**      **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.**   **Office furniture** | | | |
| 39.1.   OWNED - OFFICE EQUIPMENT/FURNITURE | $29,949.87 | Net Book Value | $29,949.87 |
| **40.**   **Office fixtures** | | | |
| 40.1.   SEE, RESPONSE AT PART 7, NO. 39 | $_____ | _____ | $_____ |
| **41.**   **Office equipment, including all computer equipment and communication systems equipment and software** | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
| 41.1.   COMMUNICATION EQUIPMENT | $21,179.97 | Net Book Value | $21,179.97 |
| 41.2.   COMPUTER EQUIPMENT | $113,294.72 | Net Book Value | $113,294.72 |
| 41.3.   SECURITY EQUIPMENT | $3,191.47 | Net Book Value | $3,191.47 |
| 41.4.   SOFTWARE | $428,186.90 | Net Book Value | $428,186.90 |
| **42.**   **Collectibles.** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1.   _____ | $_____ | _____ | $_____ |

Debtor   **Matheson Trucking, Inc.**      Case number *(if known)* **22-21758**

**43.**   **Total of part 7**

Add lines 39 through 42. Copy the total to line 86.

$595,802.93

**44.**   **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☒ Yes

**45.**   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No
☒ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

**46.**   **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest **(Where available)**<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   MISC VEHICLES | $0.00 | Net Book Value | UNDETERMINED |
| 47.2.   TRACTORS | $0.00 | Net Book Value | UNDETERMINED |
| 47.3.   TRAILERS | $185.61 | Net Book Value | $185.61 |
| 47.4.   UTILITY VEHICLES | $19,531.08 | Net Book Value | $19,531.08 |
| 47.5.   2005, G55K MERCEDES-BENZ | $0.00 | Net Book Value | UNDETERMINED |
| 47.6.   USED 2006 HUMMER, MOD H1 | $0.00 | Net Book Value | UNDETERMINED |
| 47.7.   2001 MODIFIED FREIGHTLINER | $0.00 | Net Book Value | UNDETERMINED |
| **48.**   **Watercraft, trailers, motors, and related accessories.** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1. _____ | $_____ | _____ | $_____ |
| **49.**   **Aircraft and accessories** | | | |
| 49.1. _____ | $_____ | _____ | $_____ |
| **50.**   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1.   FORKLIFTS | $300.59 | Net Book Value | $300.59 |
| 50.2.   PLANT EQUIP | $19,857.12 | Net Book Value | $19,857.12 |

**51.**   **Total of part 8**

Add lines 47 through 50. Copy the total to line 87.

$39,874.40

**52.**   **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☒ Yes

**53.**   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No
☒ Yes

Debtor   **Matheson Trucking, Inc.**                                                    Case number *(if known)* **22-21758**

| Part 9: | Real property |
|---------|---------------|

**54.   Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.   Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.1. | 11-3103249 <br><br> COMMERCIAL OFFICE BUILDING - CBR STC <br><br> _____ <br> 14301 MATTAWOMAN DRIVE <br> BRANDYWINE MD 20613 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.2. | _____ <br><br> COMMERCIAL OFFICE BUILDING - ATL STC - FACILITY LEASE <br><br> _____ <br> 1970 MAPLE AVENUE <br> ATLANTA GA 30336 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.3. | 5-439-12-1 <br><br> FACILITY LEASE - OAK SHOP LEASE <br><br> _____ <br> 2500 POPLAR STREET <br> OAKLAND CA 94607 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.4. | 1192641060000 <br><br> COMMERCIAL OFFICE BUILDING - SNB - HIGHLAND SHOP <br><br> _____ <br> 27236 3RD STREET <br> BLDG "B" <br> HIGHLAND CA 92346 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.5. | 001-0053-024-0000 <br><br> COMMERCIAL OFFICE BUILDING - SAC SHOP LEASE - OPS OFFICE <br><br> _____ <br> 455 BANNON STREET <br> SACRAMENTO CA 95811 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.6. | 15-05-451-029-0000 <br><br> FACILITY LEASE SLC - SLC SHOP LEASE <br><br> _____ <br> 588 GLADIOLA STREET <br> SALT LAKE CITY UT 84104 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.7. | _____ <br><br> COMMERCIAL OFFICE BUILDING - FACILITY LEASE SEA UPS <br><br> _____ <br> 6729 EAST MARGINAL WAY S <br> SEATTLE WA 98108 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |

Debtor  **Matheson Trucking, Inc.**

Case number *(if known)* **22-21758**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.8.  303-289-5444<br>FACILITY LEASE - DEN SHOP LEASE<br>_____<br>6875 EAST 54TH PLACE<br>COMMERCE CITY CO 80022 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.9.  _____<br>COMMERCIAL OFFICE BUILDING - BOI SHOP & TERMINAL<br>_____<br>7801 W LEMHI LANE<br>STE 5<br>BOISE ID 83709 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.10.  _____<br>COMMERCIAL OFFICE BUILDING - ATL STC - FACILITY LEASE<br>_____<br>775 / 795 ATLANTA SOUTH PARKWAY<br>SUITE 100<br>COLLEGE PARK GA 30349 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.11.  _____<br>COMMERCIAL OFFICE BUILDING - FACILITY LEASE BNA UPS<br>_____<br>807 SPACE PARK N<br>GOODLETTSVILLE TN 37072 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.12.  067-0170-003-0000<br>FACILITY LEASE HQ<br>_____<br>9785 GOETHE ROAD<br>SACRAMENTO CA 95827 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.13.  CHIC-000001-000000-W000036<br>COMMERCIAL OFFICE BUILDING - NE STC<br>_____<br>2189 WESTOVER ROAD<br>CHICOPEE MA 01022 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.14.  _____<br>FACILITY LEASE - RNO THS - RENO PEAK ANNEX<br>_____<br>9499 N. VIRGINIA ST<br>RENO NV 89506 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |

Debtor    **Matheson Trucking, Inc.**                            Case number *(if known)* **22-21758**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.15.  7119002007<br><br>FACILITY LEASE - SO CA STC - LGB STC<br><br>2400 WEST ARTESIA BLVD<br>LONG BEACH CA 90805 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.16.  _____<br><br>LEASEHOLD IMPROVEMENT - ALL LEASED REAL PROPERTY | LEASEHOLD IMPROVEMENTS | $166,533.37 | Net Book Value | $166,533.37 |

**56.    Total of part 9**

Add the current value on lines 55. Copy the total to line 88.

| $166,533.37 |
|---|

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☒ Yes

**58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No
☐ Yes

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

**59.    Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.    Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1.  _____ | $_____ | _____ | $_____ |

**61.    Internet domain names and websites**

| | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
|---|---|---|---|
| 61.1.  EMATHESON.NET | UNDETERMINED | _____ | UNDETERMINED |
| 61.2.  MATHESONDELIVERS.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.3.  MATHESONENV.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.4.  MATHESONFLIGHT.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.5.  MATHESONFLIGHTEXTENDERS.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.6.  MATHESONFLIGHTEXTENDERS.NET | UNDETERMINED | _____ | UNDETERMINED |
| 61.7.  MATHESONFREIGHT.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.8.  MATHESONINC.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.9.  MATHESONLOGISTICS.COM | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **Matheson Trucking, Inc.**                    Case number *(if known)* **22-21758**

**61.** **Internet domain names and websites**

| | | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
|---|---|---|---|---|
| 61.10. | MATHESONMAIL.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.11. | MATHESONMAILHANDLING.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.12. | MATHESONMAILTRANSPORTATION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.13. | MATHESONPOSTAL.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.14. | MATHESONPOSTALSERVICES.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.15. | MATHESONSUSTAINABILITY.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.16. | MATHESONTRANSPORTATION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.17. | MATHESONTRUCKING.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.18. | MATHESONUNIVERSITY.COM | UNDETERMINED | _____ | UNDETERMINED |

**62.** **Licenses, franchises, and royalties**

| | | | | |
|---|---|---|---|---|
| 62.1. | SOFTWARE LICENSES | UNDETERMINED | _____ | UNDETERMINED |

**63.** **Customer lists, mailing lists, or other compilations**

| | | | | |
|---|---|---|---|---|
| 63.1. | CUSTOMER AND VENDOR NAMES, ADDRESSES, E-MAILS, EIN, CERTAIN BANK ACCOUNT INFORMATION | UNDETERMINED | | UNDETERMINED |

**64.** **Other intangibles, or intellectual property**

| | | | | |
|---|---|---|---|---|
| 64.1. | _____ | $_____ | _____ | $_____ |

**65.** **Goodwill**

| | | | | |
|---|---|---|---|---|
| 65.1. | _____ | $_____ | _____ | $_____ |

**66.** **Total of part 10**

Add lines 60 through 65. Copy the total to line 89.

| UNDETERMINED |
|---|

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☒ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

**Part 11:** **All other assets**

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

Debtor   **Matheson Trucking, Inc.**        Case number *(if known)* **22-21758**

| | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|

**71.   Notes receivable**

| | Description (include name of obligor) | Total face amount | Doubtful or uncollectible amount | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 71.1.[1] | LOANS RECEIVABLE - MFAFT | $8,457,096.84 | - $8,457,096.84 | = ........ → | $0.00 |
| | MATHESON FAST FREIGHT, INC 9785 GOETHE ROAD SACRAMENTO CA 95827 | | | | |
| 71.2. | RECEIVABLE FROM MARK MATHESON | $446,280.75 | - $0.00 | = ........ → | $446,280.75 |
| | MARK B MATHESON 9785 GOETHE ROAD SACRAMENTO CA 95827 | | | | |
| 71.3. | RECEIVABLE FROM MARK MATHESON | $2,479.99 | - $0.00 | = ........ → | $2,479.99 |
| | MARK B MATHESON 9785 GOETHE ROAD SACRAMENTO CA 95827 | | | | |
| 71.4. | NOTES RECEIVABLE FROM MARK MATHESON | $592,965.87 | - $0.00 | = ........ → | $592,965.87 |
| | MARK B MATHESON 9785 GOETHE ROAD SACRAMENTO CA 95827 | | | | |

[1]OBLIGOR CLOSED 2010

**72.   Tax refunds and unused net operating losses (NOLs)**

| | Description (for example, federal, state, local) | Tax refund amount | NOL amount | Tax year | Current value of debtor's interest |
|---|---|---|---|---|---|
| 72.1. | INTERNAL REVENUE SERVICE | $252,754.00 | $_____ | YEAR END 6/30/21 | UNDETERMINED |
| 72.2. | INTERNAL REVENUE SERVICE | $_____ | $3,860,470.76 | YEAR END 6/30/22 | UNDETERMINED |

**73.   Interests in insurance policies or annuities**

| | Insurance company | Insurance policy No. | Annuity issuer name | Annuity account type | Annuity account No. | Current value of debtor's interest |
|---|---|---|---|---|---|---|
| 73.1. | ARGONAUT INSURANCE CO. | EXCESS EMPLOYMENT PRACTICES LIABILITY INSURANCE, POLICY NO. MLX4263507-0 | _____ | _____ | _____ | UNDETERMINED |
| 73.2. | AXIS INSURANCE COMPANY | MANAGEMENT LIABILITY PRACTICES INSURANCE, POLICY NO. P-001-000521747-02 | _____ | _____ | _____ | UNDETERMINED |
| 73.3. | NATIONAL FIRE & MARINE INSURANCE CO. | LEAD EXCESS INSURANCE, POLICY NO. 42XSF30482505 | _____ | _____ | _____ | UNDETERMINED |

Debtor    **Matheson Trucking, Inc.**            Case number *(if known)* **22-21758**

| | | | | | | |
|---|---|---|---|---|---|---|
| 73.4. | CHUBB FEDERAL INSURANCE CO. | EXCESS LIABILITY INSURANCE, POLICY NO. XOOG72566580001 | _____ | _____ | _____ | UNDETERMINED |
| 73.5. | GREENWICH INSURANCE CO. | LIABILITY INSURANCE, POLICY NO. RAD943505218 & AND RAD500019513 | _____ | _____ | _____ | UNDETERMINED |
| 73.6. | GREENWICH INSURANCE CO. | AUTOMOBILE LIABILITY - AXA XL INSURANCE, POLICY NO. RAD5000195-13 | _____ | _____ | _____ | UNDETERMINED |
| 73.7. | HISCOX | KIDNAP AND RANSOM INSURANCE, POLICY NO. UKA3005332.22 | _____ | _____ | _____ | UNDETERMINED |
| 73.8. | SCOTTSDALE | STORAGE TANK LIABILITY - SCOTTSDALE INSURANCE, POLICY NO. VGS0002693 | _____ | _____ | _____ | UNDETERMINED |
| 73.9. | TRAVELERS PROPERTY CASUALTY CO OF AMERICA | CASUALTY /PROPERTY - REPLACEMENT INSURANCE, POLICY NO. QT6303T36208ATIL22 | _____ | _____ | _____ | UNDETERMINED |
| 73.10. | WESTCHESTER | EXCESS LIABILITY INSURANCE, POLICY NO. G71789597003 | _____ | _____ | _____ | UNDETERMINED |
| 73.11. | XL INSURANCE AMERICA, INC. | WORKER'S COMPENSATION INSURANCE, POLICY NO. RWD9435054-18 | _____ | _____ | _____ | UNDETERMINED |
| 73.12. | XL SPECIALITY INSURNACE COMPANY | AIRPORT LIABILITY, POLICY NO. UA0010968AV22A | _____ | _____ | _____ | UNDETERMINED |
| 73.13. | WESTCHESTER INSURANCE COMPANY | PREMISES POLLUTION LIABILITY INSURANCE, POLICY NO. G72556045001 | _____ | _____ | _____ | UNDETERMINED |
| 73.14. | HARTFORD FIRE INSURANCE COMPANY | 401(K) PLAN INSURANCE, POLICY NO. 57BDDGE6074 | _____ | _____ | _____ | UNDETERMINED |

**74.**    **Causes of action against third parties (whether or not a lawsuit has been filed)**

           Nature of claim        Amount requested    Current value of debtor's interest

Debtor   **Matheson Trucking, Inc.**                          Case number *(if known)* **22-21758**

| 74.1. | _____ | _____ | $_____ | $_____ |

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| | Nature of claim | | Amount requested | Current value of debtor's interest |
| 75.1. | _____ | _____ | $_____ | $_____ |

**76.** **Trusts, equitable or future interests in property**

| 76.1. | _____ | | | $_____ |

**77.** **Other property of any kind not already listed**

Examples: Season tickets, country club membership

| 77.1. | CAPITAL EQUIPMENT REPAIR | $15,471.35 |
| 77.2. | IMPREST FUND WORKERS' COMPENSATION | $2,080.36 |
| 77.3. | INTERCOMPANY RECEIVABLE DUE FROM MATHESON AIR SERVICES. (AS OF JULY 14, 2022) | $3,958,935.45 |
| 77.4. | INTERCOMPANY RECEIVABLE DUE FROM MATHESON FLIGHT EXTENDERS, INC. (AS OF MAY 5, 2022) | $48,150,110.62 |
| 77.5. | INTERCOMPANY RECEIVABLE DUE FROM MATHESON FLIGHT EXTENDERS, INC. (AS OF MAY 6, 2022 - JULY 14, 2022) | $6,427,394.46 |
| 77.6. | INTERCOMPANY RECEIVABLE DUE FROM MATHESON MAIL TRANSPORTATION. (AS OF JULY 14, 2022) | $1,922,403.43 |
| 77.7. | INTERCOMPANY RECEIVABLE DUE FROM MATHESON POSTAL SERVICES, INC. (AS OF MAY 5, 2022) | $53,678,837.20 |
| 77.8. | INTERCOMPANY RECEIVABLE DUE FROM MATHESON POSTAL SERVICES, INC. (AS OF MAY 6, 2022 - JULY 14, 2022) | $3,845,916.80 |
| 77.9. | MISCELLANEOUS EMPLOYEE RECEIVABLES | $463.40 |
| 77.10. | MISCELLANEOUS RECEIVABLES | $489,170.42 |
| 77.11. | RECEIVABLE DUE FROM XL | $3,106.70 |
| 77.12. | RELATED PARTY RECEIVABLE - MATHESON HOLDINGS, GP | $38,612.83 |
| 77.13. | INTERCOMPANY RECEIVABLE DUE FROM MATHSON FLIGHT EXTENDERS, INC. (AS OF JULY 14, 2020) | $17,439,116.26 |
| 77.14. | INTERCOMPANY RECEIVABLE DUE FROM MATHESON POSTAL SERVICES, INC. (AS OF JULY 14, 2020) | $75,598,164.24 |

**78.** **Total of part 11**

Add lines 71 through 77. Copy the total to line 90.

$212,611,510.13

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor   **Matheson Trucking, Inc.**            Case number *(if known)* **22-21758**

| **Part 12:** | **Summary** |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form.

| | Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- | --- |
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,278,722.94 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,579,694.77 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | UNDETERMINED | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $693,673.35 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $595,802.93 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $39,874.40 | |
| 88. | **Real property.** *Copy line 56, Part 9.* ..................................... → | | $166,533.37 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNDETERMINED | |
| 90. | **All other assets.** *Copy line 78, Part 11.*      **+** | $212,611,510.13 | |
| 91. | **Total.** Add lines 80 through 90 for each column. ..........91a. | $217,799,278.52 | + 91b.   $166,533.37 |

92.   **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................     $217,965,811.89

| Fill in this information to identify the case: |
| --- |
| **Debtor name:** Matheson Trucking, Inc. |
| **United States Bankruptcy Court for the:** Eastern District of California |
| **Case number (if known):** 22-21758 |

☐ Check if this is an
amended filing

<u>Official Form 206D</u>

# Schedule D: Creditors Who Have Claims Secured by Property　12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1.　Creditor's name and address**

BANC OF AMERICA LEASING & CAPITAL, LLC
PO BOX 100918
ATLANTA GA 30384-0918

**Creditor's email address, if known**

_____

Date debt was incurred: 3/4/22

Last 4 digits of account number: 7305

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　☑ No. Specify each creditor, including this creditor, and its relative priority. GUARANTEE - NOTE PAYABLE

　☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

_____

**Describe the lien**

GUARANTEE - NOTE PAYABLE

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED　UNDETERMINED

Debtor **Matheson Trucking, Inc.**

Case number *(if known)* **22-21758**

**2.2.** **Creditor's name and address**

BANC OF AMERICA LEASING & CAPITAL, LLC
PO BOX 100918
ATLANTA GA 30384-0918

**Creditor's email address, if known**

_____

**Date debt was incurred:** 2/7/22

**Last 4 digits of account number:** 7304

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

  ☒ No. Specify each creditor, including this creditor, and its relative priority. GUARANTEE - NOTE PAYABLE

  ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

_____  UNDETERMINED  UNDETERMINED

**Describe the lien**

GUARANTEE - NOTE PAYABLE

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☒ Contingent

☐ Unliquidated

☐ Disputed

**2.3.** **Creditor's name and address**

BANC OF AMERICA LEASING & CAPITAL, LLC
PO BOX 100918
ATLANTA GA 30384-0918

**Creditor's email address, if known**

_____

**Date debt was incurred:** 1/19/22

**Last 4 digits of account number:** 7303

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

  ☒ No. Specify each creditor, including this creditor, and its relative priority. GUARANTEE - NOTE PAYABLE

  ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

_____  UNDETERMINED  UNDETERMINED

**Describe the lien**

GUARANTEE - NOTE PAYABLE

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☒ Contingent

☐ Unliquidated

☐ Disputed

Debtor   **Matheson Trucking, Inc.**

Case number *(if known)* **22-21758**

| | |
|---|---|
| 2.4. | **Creditor's name and address** |

BANC OF AMERICA LEASING & CAPITAL, LLC
PO BOX 100918
ATLANTA GA 30384-0918

**Creditor's email address, if known**

_____

**Date debt was incurred:** 12/20/2021

**Last 4 digits of account number:** 7302

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority. GUARANTEE - NOTE PAYABLE

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

_____   UNDETERMINED  UNDETERMINED

**Describe the lien**

GUARANTEE - NOTE PAYABLE

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| 2.5. | **Creditor's name and address** |

BANC OF AMERICA LEASING & CAPITAL, LLC
PO BOX 100918
ATLANTA GA 30384-0918

**Creditor's email address, if known**

_____

**Date debt was incurred:** 11/19/2021

**Last 4 digits of account number:** 7300

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority. GUARANTEE - NOTE PAYABLE

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

_____   UNDETERMINED  UNDETERMINED

**Describe the lien**

GUARANTEE - NOTE PAYABLE

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

Debtor　**Matheson Trucking, Inc.**　　　　　　　　Case number *(if known)* **22-21758**

| 2.6. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | BANK DIRECT CAPITAL FINANCE | _____ | $4,718,062.43 | UNDETERMINED |
| | 150 NORTH FIELD DRIVE | | | |
| | SUITE 190 | **Describe the lien** | | |
| | LAKE FOREST IL 60045 | | | |
| | | FINANCING FOR ANNUAL INSURANCE | | |
| | **Creditor's email address, if known** | POLICIES - BUSINESS, HEALTH, WORKERS | | |
| | | COMP. ETC. GL ACCT 24826 | | |

_____

**Date debt was incurred:** 4/1/22

**Last 4 digits of account number:** 0288

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　☑ No. Specify each creditor, including this creditor, and its relative priority. NOTE PAYABLE

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

　☐ Yes. The relative priority of creditors is specified on lines: _____

---

| 2.7. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | BANK OF AMERICA NA | CASH DEPOSIT ACCOUNT WITH BANK OF | $250,000.00 | UNDETERMINED |
| | 900 W. TRADE STREET | AMERICA | | |
| | GATEWAY VLLLAGE 900 BLDG | **Describe the lien** | | |
| | CHARLOTTE NC 28255 | | | |
| | | CREDIT CARD COLLATERAL | | |

**Creditor's email address, if known**

_____

**Date debt was incurred:** 5/26/2022

**Last 4 digits of account number:** 1721

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

　☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

　☐ Yes. The relative priority of creditors is specified on lines: _____

---

Debtor   **Matheson Trucking, Inc.**                                          Case number *(if known)* **22-21758**

| | |
|---|---|
| 2.8. | **Creditor's name and address** |

BANK OF AMERICA NA
NC 1-026-06-06
900 W. TRADE STREET
GATEWAY VLLLAGE 900 BLDG
CHARLOTTE NC 28255

**Creditor's email address, if known**

_____

**Date debt was incurred:** 2/18/2022

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

ANY AND ALL ASSETS OF DEBTOR, INCLUDING, WITHOUT LIMITATION, THE FOLLOWING DESCRIBED PROPERTY NOW OWNED OR HEREAFTER ACQUIRED BY THE DEBTOR, ETC.          $2,481,809.32          UNDETERMINED

**Describe the lien**

UCC-1 RECORDED IN STATEMENT OF CALIFORNIA 11/17/2016, AS DOCUMENT NO. 167557187774

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| 2.9. | **Creditor's name and address** |

BANK OF AMERICA NA
NC 1-026-06-06
900 W. TRADE STREET
GATEWAY VLLLAGE 900 BLDG
CHARLOTTE NC 28255

**Creditor's email address, if known**

_____

**Date debt was incurred:** 12/1/2016

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

_____          $100,672.34          UNDETERMINED

**Describe the lien**

IRREVOCABLE STANDBY LETTER OF CREDIT NUMBER 68129135, DATED DECEMBER 1, 2016 (AS AMENDED) FOR THE BENEFIT OF LUMBERMAN'S MUTUAL CASUALTY COMPANY, IN LIQUIDATION

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

Official Form 206D          **Schedule D: Creditors Who Have Claims Secured by Property**          Page 5 of 10

Debtor **Matheson Trucking, Inc.**                          Case number *(if known)* **22-21758**

| 2.10. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

BANK OF AMERICA NA
NC 1-026-06-06
900 W. TRADE STREET
GATEWAY VLLLAGE 900 BLDG
CHARLOTTE NC 28255                                    $6,590,000.00          UNDETERMINED

**Describe the lien**

**Creditor's email address, if known**

_____

IRREVOCABLE STANDBY LETTER OF
CREDIT NUMBER 68129134 DATED
DECEMBER 2, 2016 (AS AMENDED) FOR
THE BENEFIT OF XL SPECIALTY
INSURANCE COMPANY, GREENWICH
INSURANCE COMPANY XL, AND
INSURANCE AMERICA, INC.

**Date debt was incurred:** 12/2/2016

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

| 2.11. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

BANK OF AMERICA NA
NC 1-026-06-06
900 W. TRADE STREET
GATEWAY VLLLAGE 900 BLDG
CHARLOTTE NC 28255                                    $500,000.00          UNDETERMINED

**Describe the lien**

**Creditor's email address, if known**

_____

IRREVOCABLE STANDBY LETTER OF
CREDIT NUMBER 68177138, DATED
AUGUST 17, 2021 FOR THE BENEFIT OF
BRIDGE POINT LONG BEACH, LLC C/O
BRIDGE DEVELOPMENT PARTNERS, LLC

**Date debt was incurred:** 8/17/2021

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

Debtor   **Matheson Trucking, Inc.**                    Case number *(if known)* **22-21758**

| | |
|---|---|
| **2.12.** | **Creditor's name and address** |

**Creditor's name and address**

DELL FINANCIAL SERVICES L.L.C.
12234 NORTH I35 HWY
BLDG B
AUSTIN TX 78753

**Creditor's email address, if known**

_____

**Date debt was incurred:** 6/12/2008

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

ALL COMPUTER EQUIPMENT AND PERIPHERALS (COLLECTIVELY "EQUIPMENT") WHEREVER LOCATED, FINANCED UNDER AND DESCRIBED IN THE MASTER LEASE AGREEMENT

**Describe the lien**

UCC-1 RECORDED IN STATEMENT OF CALIFORNIA 05/12/2008, AS DOCUMENT NO. 087157486864 AND AS CONTINUED 03/04/2013 AND 03/26/2016 DOCUMENT NOS. 1373504851 AND 1876400880

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

UNDETERMINED  UNDETERMINED

---

| | |
|---|---|
| **2.13.** | **Creditor's name and address** |

**Creditor's name and address**

DELL FINANCIAL SERVICES L.L.C.
ONE DELL WAY
MAIL STOP PS2DF-23
ROUND ROCK TX 78682

**Creditor's email address, if known**

_____

**Date debt was incurred:** 7/7/2020

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

AGREEMENT NO. 012-8143377-037 COVERS COMPUTER EQUIPMENT

**Describe the lien**

UCC-1 RECORDED IN STATEMENT OF CALIFORNIA 07/07/2020, AS DOCUMENT NO. 207803227546

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

UNDETERMINED  UNDETERMINED

---

Debtor   **Matheson Trucking, Inc.**

Case number *(if known)* **22-21758**

| 2.14. | **Creditor's name and address** |
|---|---|

**Describe debtor's property that is subject to a lien**

US BANK EQUIPMENT FINANCE
DIVISION OF US BANK NATIONAL
ASSOCIATION
1310 MADRID ST
MARSHALL MN 56258

100-EVENT RECORDER, SENSOR FUSION,     UNDETERMINED   UNDETERMINED
64GB LTE

**Describe the lien**

**Creditor's email address, if known**

UCC-1 RECORDED IN STATEMENT OF
CALIFORNIA 07/31/2018, AS DOCUMENT
NO. 187661592611

_____

**Is the creditor an insider or related party?**

**Date debt was incurred:** 7/31/2018

☒ No

**Last 4 digits of account number:**

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☒ No

☒ No

☐ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.

_____

☐ Contingent

☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Unliquidated

☐ Disputed

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $14,640,544.09 |
|---|---|---|

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| | Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|
| 3.1. | BANC OF AMERICA LEASING & CAPITAL, LLC PILLSBURY WINTHROP SHAW PITTMAN LLP CLAIRE K WU 725 SOUTH FIGUEROA ST.,36TH FLOOR LOS ANGELES CA 90017-5524 | Line 2.1 | _____ |
| 3.2. | BANC OF AMERICA LEASING & CAPITAL, LLC PILLSBURY WINTHROP SHAW PITTMAN LLP CLAIRE K WU 725 SOUTH FIGUEROA ST.,36TH FLOOR LOS ANGELES CA 90017-5524 | Line 2.2 | _____ |
| 3.3. | BANC OF AMERICA LEASING & CAPITAL, LLC PILLSBURY WINTHROP SHAW PITTMAN LLP CLAIRE K WU 725 SOUTH FIGUEROA ST.,36TH FLOOR LOS ANGELES CA 90017-5524 | Line 2.3 | _____ |

Debtor    **Matheson Trucking, Inc.**           Case number *(if known)* **22-21758**

| | | | |
|---|---|---|---|
| 3.4. | BANC OF AMERICA LEASING & CAPITAL, LLC<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>CLAIRE K WU<br>725 SOUTH FIGUEROA ST.,36TH FLOOR<br>LOS ANGELES CA 90017-5524 | Line 2.4 | _____ |
| 3.5. | BANC OF AMERICA LEASING & CAPITAL, LLC<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>CLAIRE K WU<br>725 SOUTH FIGUEROA ST.,36TH FLOOR<br>LOS ANGELES CA 90017-5524 | Line 2.5 | _____ |
| 3.6. | BANC OF AMERICA LEASING & CAPITAL, LLC<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>JONATHAN DOOLITTLE<br>FOUR EMBARCADERO CENTER<br>22ND FLOOR<br>SAN FRANCISCO CA 94111-5998 | Line 2.1 | _____ |
| 3.7. | BANC OF AMERICA LEASING & CAPITAL, LLC<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>JONATHAN DOOLITTLE<br>FOUR EMBARCADERO CENTER<br>22ND FLOOR<br>SAN FRANCISCO CA 94111-5998 | Line 2.2 | _____ |
| 3.8. | BANC OF AMERICA LEASING & CAPITAL, LLC<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>JONATHAN DOOLITTLE<br>FOUR EMBARCADERO CENTER<br>22ND FLOOR<br>SAN FRANCISCO CA 94111-5998 | Line 2.3 | _____ |
| 3.9. | BANC OF AMERICA LEASING & CAPITAL, LLC<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>JONATHAN DOOLITTLE<br>FOUR EMBARCADERO CENTER<br>22ND FLOOR<br>SAN FRANCISCO CA 94111-5998 | Line 2.4 | _____ |
| 3.10. | BANC OF AMERICA LEASING & CAPITAL, LLC<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>JONATHAN DOOLITTLE<br>FOUR EMBARCADERO CENTER<br>22ND FLOOR<br>SAN FRANCISCO CA 94111-5998 | Line 2.5 | _____ |
| 3.11. | BANK OF AMERICA NA<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>CLAIRE K WU<br>725 SOUTH FIGUEROA ST.,36TH FLOOR<br>LOS ANGELES CA 90017-5524 | Line 2.8 | _____ |
| 3.12. | BANK OF AMERICA NA<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>CLAIRE K WU<br>725 SOUTH FIGUEROA ST.,36TH FLOOR<br>LOS ANGELES CA 90017-5524 | Line 2.9 | _____ |
| 3.13. | BANK OF AMERICA NA<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>CLAIRE K WU<br>725 SOUTH FIGUEROA ST.,36TH FLOOR<br>LOS ANGELES CA 90017-5524 | Line 2.10 | _____ |
| 3.14. | BANK OF AMERICA NA<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>CLAIRE K WU<br>725 SOUTH FIGUEROA ST.,36TH FLOOR<br>LOS ANGELES CA 90017-5524 | Line 2.11 | _____ |

Debtor    **Matheson Trucking, Inc.**                                    Case number *(if known)* **22-21758**

| | | | |
|---|---|---|---|
| 3.15. | BANK OF AMERICA NA<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>CLAIRE K WU<br>725 SOUTH FIGUEROA ST.,36TH FLOOR<br>LOS ANGELES CA 90017-5524 | Line 2.7 | _____ |
| 3.16. | BANK OF AMERICA NA<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>JONATHAN DOOLITTLE<br>FOUR EMBARCADERO CENTER<br>22ND FLOOR<br>SAN FRANCISCO CA 94111-5998 | Line 2.8 | _____ |
| 3.17. | BANK OF AMERICA NA<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>JONATHAN DOOLITTLE<br>FOUR EMBARCADERO CENTER<br>22ND FLOOR<br>SAN FRANCISCO CA 94111-5998 | Line 2.9 | _____ |
| 3.18. | BANK OF AMERICA NA<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>JONATHAN DOOLITTLE<br>FOUR EMBARCADERO CENTER<br>22ND FLOOR<br>SAN FRANCISCO CA 94111-5998 | Line 2.10 | _____ |
| 3.19. | BANK OF AMERICA NA<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>JONATHAN DOOLITTLE<br>FOUR EMBARCADERO CENTER<br>22ND FLOOR<br>SAN FRANCISCO CA 94111-5998 | Line 2.11 | _____ |
| 3.20. | BANK OF AMERICA NA<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>JONATHAN DOOLITTLE<br>FOUR EMBARCADERO CENTER<br>22ND FLOOR<br>SAN FRANCISCO CA 94111-5998 | Line 2.7 | _____ |

| Fill in this information to identify the case: |
|---|

**Debtor name:** Matheson Trucking, Inc.

**United States Bankruptcy Court for the:** Eastern District of California

**Case number (if known):** 22-21758

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G) .Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

**1.    Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

**2.    List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| 2.1 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ARIZONA DEPARTMENT OF REVENUE PO BOX 29010 PHOENIX AZ 85038 | ☐ Contingent | $972.99 | $972.99 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☒ Disputed | | $0.00 |
| | **Date or dates debt was incurred** 2015-2022 | **Basis for the claim:** SALES & USE TAX | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No  ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | | | |

| 2.2 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CALIFORNIA DEPT. OF TAX AND FEE ADMINISTRATION PO BOX 942879 SACRAMENTO CA 94279-6001 | ☐ Contingent | $158.04 | $158.04 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☒ Disputed | | $0.00 |
| | **Date or dates debt was incurred** 2015-2022 | **Basis for the claim:** SALES & USE TAX | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No  ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | | | |

Debtor    **Matheson Trucking, Inc.**          Case number *(if known)* **22-21758**

---

| 2.3. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | COLORADO DEPARTMENT OF REVENUE<br>1375 SHERMAN STREET<br>DENVER CO 80261 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $3,044.72 | $3,044.72 |

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

2015-2022

**Basis for the claim:**

SALES & USE TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.4. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | DEPARTMENT OF REVENUE SERVICES - CONNECTICUT<br>PO BOX 5030<br>HARTFORD CT 06102-5030 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $1,165.59 | $1,165.59 |

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

2015-2022

**Basis for the claim:**

SALES & USE TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.5. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | EMPLOYEES OF MATHESON TRUCKING<br>9785 GOETHE RD<br>SACRAMENTO CA 95827 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $111,753.24 | $111,753.24 |

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

7/11/22-7/14/22

**Basis for the claim:**

UNPAID WAGES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Matheson Trucking, Inc.**                                    Case number *(if known)* **22-21758**

| 2.6. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|------|------|------|------|------|
| | IDAHO STATE TAX COMMISSION<br>PO BOX 56<br>BOISE ID 83756-0056 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $3,346.33 | $3,346.33<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**

2015-2022

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

SALES & USE TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| 2.7. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|------|------|------|------|------|
| | KANSAS DEPARTMENT OF REVENUE<br>PO BOX 750680<br>TOPEKA KS 66625-0680 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $123.25 | $123.25<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**

2015-2022

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

SALES & USE TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| 2.8. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|------|------|------|------|------|
| | KENTUCKY DEPARTMENT OF REVENUE<br>PO BOX 181<br>FRANKFORT KY 40602-0181 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $23.94 | $23.94<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**

2015-2022

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

SALES & USE TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Trucking, Inc.**                                 Case number *(if known)* **22-21758**

---

**2.9.**   **Priority creditor's name and mailing address**

MICHIGAN DEPARTMENT OF
TREASURY
MICHIGAN DEPARTMENT OF
TREASURY
LANSING MI 48922

**Date or dates debt was incurred**

2015-2022

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

SALES & USE TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $0.00 | $0.00 |

**Nonpriority amount**

$0.00

---

**2.10.**   **Priority creditor's name and mailing address**

MISSOURI DEPARTMENT OF REVENUE
301 WEST HIGH ST
JEFFERSON CITY MO 65101

**Date or dates debt was incurred**

2015-2022

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

SALES & USE TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $954.60 | $954.60 |

**Nonpriority amount**

$0.00

---

**2.11.**   **Priority creditor's name and mailing address**

NEVADA DEPARTMENT OF TAXATION
2550 PASEO VERDE PKWY STE 180
HENDERSON NV 89074

**Date or dates debt was incurred**

2015-2022

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

SALES & USE TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $81.66 | $81.66 |

**Nonpriority amount**

$0.00

---

Debtor    **Matheson Trucking, Inc.**                                    Case number *(if known)* **22-21758**

| 2.12. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

NEW MEXICO DEPARTMENT OF TAXATION AND REVENUE
1200 SOUTH ST. FRANCIS DRIVE
SANTA FE NM 87505

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Total claim: $45.38
Priority amount: $45.38

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2015-2022

**Basis for the claim:**

SALES & USE TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

| 2.13. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

NORTH CAROLINA DEPARTMENT OF REVENUE
PO BOX 25000
RALEIGH NC 27460-0640

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Total claim: $0.00
Priority amount: $0.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2015-2022

**Basis for the claim:**

SALES & USE TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

| 2.14. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

NYS DEPARTMENT OF TXATION AND FINANCE
NYS TAX DEPARTMENT, TAXPAYER ASSISTANCE BUREAU, W A HARRIMAN CAMPUS
ALBANY NY 12227

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Total claim: $147.54
Priority amount: $147.54

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2015-2022

**Basis for the claim:**

SALES & USE TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

Debtor    **Matheson Trucking, Inc.**          Case number *(if known)* **22-21758**

| 2.15. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | OKLAHOMA TAX COMMISSION 300 N BROADWAY AVE OKLAHOMA CITY OK 73102 | *Check all that apply.* | $7.04 | $7.04 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

2015-2022

**Basis for the claim:**

SALES & USE TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.16. | Priority creditor's name and mailing address | | Total claim | Priority amount |
|---|---|---|---|---|
| | PHILADELPHIA DEPARTMENT OF REVENUE 1401 JFK BOULEVARD PHILADELPHIA PA 19102 | | $12.47 | $12.47 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

2015-2022

**Basis for the claim:**

SALES & USE TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.17. | Priority creditor's name and mailing address | | Total claim | Priority amount |
|---|---|---|---|---|
| | SOUTH DAKOTA DEPARTMENT OF REVENUE 1520 HAINES AVE #3 RAPID CITY SD 57701 | | $25.06 | $25.06 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

2015-2022

**Basis for the claim:**

SALES & USE TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor   **Matheson Trucking, Inc.**                                    Case number *(if known)* **22-21758**

| 2.18. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.18.  **Priority creditor's name and mailing address**

TENNESSEE DEPARTMENT OF REVENUE
500 DEADERICK STREET
NASHVILLE TN 37242

**Date or dates debt was incurred**

2015-2022

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

SALES & USE TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $0.00 | $0.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.19.  **Priority creditor's name and mailing address**

TEXAS COMPTROLLER
111 EAST 17TH STREET
AUSTIN TX 78774

**Date or dates debt was incurred**

2015-2022

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

SALES & USE TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $269.18 | $269.18 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.20.  **Priority creditor's name and mailing address**

UTAH STATE TAX COMMISSION
210 N 1950 W
SALT LAKE CITY UT 84134

**Date or dates debt was incurred**

2015-2022

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

SALES & USE TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $14,237.36 | $14,237.36 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Matheson Trucking, Inc.**        Case number *(if known)* **22-21758**

| 2.21. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.21. **Priority creditor's name and mailing address**

VIRGINIA DEPARTMENT OF TAXATION
1957 WESTMORELAND STREET
RICHMOND VA 23230

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $261.07 | $261.07 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2015-2022

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

SALES & USE TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.22. **Priority creditor's name and mailing address**

WASHINGTON DEPARTMENT OF REVENUE
PO BOX 47450
OLYMPIA WA 98504-7450

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $1,858.54 | $1,858.54 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

2015-2022

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

SALES & USE TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Matheson Trucking, Inc.**        Case number *(if known)* **22-21758**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.**    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

---

**3.1.**   **Nonpriority creditor's name and mailing address**

121 WAWARME INVESTMENT PARTNERS
C/O COHN BIRNBAUM & SHEA P.C.
100 PEARL ST.
12TH FLOOR
HARTFORD CT 06103

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LEGAL CLAIM

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$1,392,857.04

---

**3.2.**   **Nonpriority creditor's name and mailing address**

1-800-RADIATOR & AC - DENVER
5549 PEARL STREET
DENVER CO 80216

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$234.89

---

**3.3.**   **Nonpriority creditor's name and mailing address**

ABSOLUTE REPAIR
401 N 44TH ST.
CUMMING IA 50061

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$730.28

---

Debtor     **Matheson Trucking, Inc.**                          Case number *(if known)* **22-21758**

---

| 3.4. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | AFLAC PREMIUM HOLDING<br>P.O. BOX 84069<br>COLUMBUS GA 31908-4069 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,377.26 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.5. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | AIRGAS USA, LLC - DALLAS<br>PO BOX 734671<br>DALLAS TX 75373-4671 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $135.99 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.6. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | AIRGAS USA, LLC - PASADENA<br>P.O. BOX 102289<br>PASADENA CA 91189-2289 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $540.60 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Matheson Trucking, Inc.**                              Case number *(if known)* **22-21758**

| 3.7. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|------|---|---|---|

ALHAMBRA & SIERRA SPRINGS
P.O. BOX 660579
DALLAS TX 75266-0579

☐ Contingent
☐ Unliquidated
☐ Disputed

$53.98

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                          TRADE PAYABLE

**Last 4 digits of account number:**           **Is the claim subject to offset?**

☒ No
☐ Yes

| 3.8. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|------|---|---|---|

ALLSTREAM
PO BOX 734521
CHICAGO IL 60673-4521

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,310.92

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                          TRADE PAYABLE

**Last 4 digits of account number:**           **Is the claim subject to offset?**

☒ No
☐ Yes

| 3.9. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|------|---|---|---|

ALTERNATIVE HOSE INC.
20 N 48TH AVE.
PHOENIX AZ 85043

☐ Contingent
☐ Unliquidated
☐ Disputed

$177.58

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                          TRADE PAYABLE

**Last 4 digits of account number:**           **Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **Matheson Trucking, Inc.**                    Case number *(if known)* **22-21758**

| 3.10. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.10.

**Nonpriority creditor's name and mailing address**

AMBEST SERVICE CENTERS
CORPORATE BILLING DEPT 100
P.O. BOX 830604
BIRMINGHAM AL 35283

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,109.18

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.11.

**Nonpriority creditor's name and mailing address**

AMERICAN EXPRESS
P.O. BOX 0001
LOS ANGELES CA 90096-8000

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,662.36

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.12.

**Nonpriority creditor's name and mailing address**

AMERICAN FLEET SERVICES SOLUTIONS
1170 DADASH STREET
BEAUMONT CA 92223

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,185.01

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor     **Matheson Trucking, Inc.**                                    Case number *(if known)* **22-21758**

| 3.13. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMS TOWING
233 WASHINGTON BLVD.
OGDEN UT 84404

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,933.11

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.14. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ANAGO FRANCHISING INC
ANAGO OF UTAH
3195 S MAIN ST #130
SALT LAKE CITY UT 84115

☐ Contingent
☐ Unliquidated
☐ Disputed

$590.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.15. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ANDRE DE OLIVEIRA
10599 CLERMONT WAY
THORNTON CO 80233

☑ Contingent
☐ Unliquidated
☐ Disputed

$93,750.02

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

LEGAL SETTLEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Trucking, Inc.**      Case number *(if known)* **22-21758**

| 3.16. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ARCO TOW SERVICE
29303 PACIFIC ST.
HAYWARD CA 94544

☐ Contingent
☐ Unliquidated
☐ Disputed

$615.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.17. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ARDITH L DUKE
4495 ANDES ST
DENVER CO 80249

☒ Contingent
☐ Unliquidated
☐ Disputed

$93,750.02

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LEGAL SETTLEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.18. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ASBURY ENVIRONMENTAL SERVICES
9302 GARFIELD AVENUE
SOUTH GATE CA 90280

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,751.91

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **Matheson Trucking, Inc.**                                    Case number *(if known)* **22-21758**

| 3.19. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ASURINT
1801 W OLYMPIC BLVD
PASADENA CA 91199-2418

☐ Contingent
☐ Unliquidated
☐ Disputed

$9,494.73

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                        TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

| 3.20. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AT&T MOBILITY - 6463
PO BOX 6463
CAROL STREAM IL 60197-6463

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,342.22

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                        TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

| 3.21. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AUTOZONE PARTS, INC.
P.O. BOX 116067
ATLANTA GA 30368-6067

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,466.31

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                        TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Matheson Trucking, Inc.**         Case number *(if known)* **22-21758**

| 3.22. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BARNETT'S TOWING SERVICE
1498 E. FRY BLVD.
SIERRA VISTA AZ 85635

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$0.00

---

| 3.23. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BELL EQUIPMENT, INC.
PO BOX 249
NEZPERCE ID 83543

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$70.72

---

| 3.24. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BEMBA DIALLO
5055 PERTH COURT
DENVER CO 80249

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

LEGAL SETTLEMENT

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$93,750.02

---

Debtor     **Matheson Trucking, Inc.**                                    Case number *(if known)* **22-21758**

---

**3.25.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BENTLEY TRUCK SERVICES, INC.
307 HERON DRIVE
LOGAN TWP NJ 08085

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,489.20

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.26.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BERUMEN LAW FIRM, P.C.
1873 S BELLAIRE ST STE 1010
DENVER CO 80222

☑ Contingent
☐ Unliquidated
☐ Disputed

$12,727.26

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGAITON SETTLEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.27.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BETTS TRUCK PARTS
PO BOX 102165
PASADENA CA 91189-2165

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,392.48

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Matheson Trucking, Inc.**

Case number *(if known)* **22-21758**

| 3.28. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BOISE CITY UTILITY BILLING
P.O. BOX 2600
BOISE ID 83701-2600

☐ Contingent
☐ Unliquidated
☐ Disputed

$81.83

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.29. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BOISE PETERBILT
PO BOX 27634
SALT LAKE CITY ID 84127

☐ Contingent
☐ Unliquidated
☐ Disputed

$8,258.55

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.30. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BOSSELMAN
P.O. BOX 830604
BIRMINGHAM AL 35283

☐ Contingent
☐ Unliquidated
☐ Disputed

$147.08

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **Matheson Trucking, Inc.**        Case number *(if known)* **22-21758**

| 3.31. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.31.

**Nonpriority creditor's name and mailing address**

BRIANNA COOPER
C/O NORDEAN LAW APC
ATTN SAM NORDEAN
245 FISCHER AVE
SUITE D1
COSTA MESA CA 92626

**Date or dates debt was incurred**

7/11/2021

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.32.

**Nonpriority creditor's name and mailing address**

BRIDGESTONE AMERICAS TIRE CORP
200 4TH AVE SOUTH SUITE 100
NASHVILLE TN 37201

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$3,193.06

---

3.33.

**Nonpriority creditor's name and mailing address**

BRIDGESTONE RETAIL OPERATIONS, LLC
BSRO NATIONAL ACCOUNTS
28772 NETWORK PLACE
CHICAGO IL 60673-1287

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$67.74

---

Debtor     **Matheson Trucking, Inc.**                                            Case number *(if known)* **22-21758**

| | | |
|---|---|---|

**3.34.** **Nonpriority creditor's name and mailing address**

BRITEVISION GLASS INC
7707 46TH AVE E.
TACOMA WA 98443

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$3,162.50

---

**3.35.** **Nonpriority creditor's name and mailing address**

BROOMALL TRUCK & AUTO
3101 W. 6TH STREET
CHESTER PA 19013

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$8,298.08

---

**3.36.** **Nonpriority creditor's name and mailing address**

BUCKEYE WELDING SUPPLY CO., INC.
PO BOX 1522
GREELEY CO 80632-1522

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,333.70

Debtor   **Matheson Trucking, Inc.**        Case number *(if known)* **22-21758**

| 3.37. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | CALIFORNIA AMERICAN WATER<br>PO BOX 7150<br>PASADENA CA 91106-7150 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,888.66 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.38. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | CAMPBELL LITIGATION, P.C.<br>1410 N HIGH STREET<br>DENVER CO 80218 | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,887.16 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>LITIGAITON SETTLEMENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.39. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | CAPITOL CLUTCH & BRAKE<br>3100 DULUTH STREET<br>WEST SACRAMENTO CA 95691 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.16 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor    **Matheson Trucking, Inc.**                    Case number *(if known)* **22-21758**

| 3.40. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.40.

**Nonpriority creditor's name and mailing address**

CARDMEMBER SERVICE
PO BOX 6294
CAROL STREAM IL 60197-6294

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$46,230.79

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.41.

**Nonpriority creditor's name and mailing address**

CAROLINA HANDLING LLC
PO BOX 890352
CHARLOTTE NC 28289-0352

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$6,662.25

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.42.

**Nonpriority creditor's name and mailing address**

CDW DIRECT, LLC
PO BOX 75723
CHICAGO IL 60675-5723

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$285.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Matheson Trucking, Inc.**                    Case number *(if known)* **22-21758**

| | | |
|---|---|---|
| 3.43. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

CENTERLINE HEAVY DUTY ALIGNMENTS LLC
4935 MONACO ST.
COMMERCE CITY CO 80022

☐ Contingent
☐ Unliquidated
☐ Disputed

| Amount of claim |
|---|
| $400.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.44. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

CENTRAL ANESTHESIA SERVICE
3315 WATT AVE.
SACRAMENTO CA 95821

☐ Contingent
☐ Unliquidated
☐ Disputed

| Amount of claim |
|---|
| $36.45 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.45. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

CENTURYLINK - 91155
P.O. BOX 91155
SEATTLE WA 98111-9255

☐ Contingent
☐ Unliquidated
☐ Disputed

| Amount of claim |
|---|
| $117.72 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **Matheson Trucking, Inc.**　　　　　　　　Case number *(if known)* **22-21758**

| 3.46. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | CERIDIAN HCM, INC.<br>PO BOX 772830<br>CHICAGO IL 60677-2830 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $37,276.02 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.47. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | CIGNA<br>5476 COLLECTIONS CENTER DR.<br>CHICAGO IL 60693 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,818.24 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.48. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | CINTAS<br>P.O. BOX 29059<br>PHOENIX AZ 85038-9059 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,979.13 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Trucking, Inc.**                                    Case number *(if known)* **22-21758**

| 3.49. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CIVIC CENTER AUTO CARE
1880 GARDEN TRACT ROAD
RICHMOND CA 94801

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,931.67

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.50. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CLIFTON LARSON ALLEN LLP
PO BOX 31001-2443
PASADENA CA 91110-2443

☐ Contingent
☐ Unliquidated
☐ Disputed

$13,781.25

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.51. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CLYDE MACHINES, INC.
P.O. BOX 194
GLENWOOD MN 56334

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,823.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Matheson Trucking, Inc.**                                        Case number *(if known)* **22-21758**

| 3.52. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COLLEGE OAK TOWING
4125 WINTERS STREET
SACRAMENTO CA 95838

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

$1,557.00

---

| 3.53. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COMMERCIAL BRAKE & CLUTCH INC
2525 PACIFIC HIGHWAY EAST
TACOMA WA 98424

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

$948.65

---

| 3.54. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COMMERCIAL TIRE-MERIDIAN
P.O. BOX 970
MERIDIAN ID 83680-0970

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

$376.25

---

Debtor   **Matheson Trucking, Inc.**      Case number *(if known)* **22-21758**

| 3.55. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CORPORATE FILINGS, INC.
30 N GOULD ST, STE 7001
SHERIDAN WY 82801

☐ Contingent
☐ Unliquidated
☐ Disputed

$200.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.56. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CRESCENCIO SANCHEZ
5400 W MISSISSIPPI AVE APT 6
LAKEWOOD CO 80226

☒ Contingent
☐ Unliquidated
☐ Disputed

$17,727.25

**Date or dates debt was incurred**
_____

**Basis for the claim:**
LITIGAITON SETTLEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.57. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CROWN LIFT TRUCKS
PO BOX 641173
CINCINNATI OH 45264-1173

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,653.30

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor **Matheson Trucking, Inc.**                                   Case number *(if known)* **22-21758**

| 3.58. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CRUS OIL, INC
2260 SOUTH WEST TEMPLE
SALT LAKE CITY UT 84165-0438

☐ Contingent
☐ Unliquidated
☐ Disputed

$895.65

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.59. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CRUZ INDUSTRIAL TRUCK, INC.
1300 EAST RAMSEY ST.
BANNING CA 92220

☐ Contingent
☐ Unliquidated
☐ Disputed

$585.75

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.60. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CUMMINS SALES AND SERVICE - DETROIT
PO BOX 772639
DETROIT MI 48277-2639

☐ Contingent
☐ Unliquidated
☐ Disputed

$18,131.14

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **Matheson Trucking, Inc.**                                    Case number *(if known)* **22-21758**

| 3.61. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DANA LIMITED
PO BOX 910230
DALLAS TX 75391-0230

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,540.70

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.62. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DEAN PATRICELLI
2182 S YANK WAY
LAKEWOOD CO 80228

☒ Contingent
☐ Unliquidated
☐ Disputed

$93,750.02

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

LEGAL SETTLEMENT

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.63. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DEEP ROCK
PO BOX 660579
DALLAS TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

$10.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **Matheson Trucking, Inc.**                                    Case number *(if known)* **22-21758**

| 3.64. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DELL FINANCIAL SERVICES LLC
P.O. BOX 6547
CAROL STREAM IL 60197-6547

☐ Contingent
☐ Unliquidated
☐ Disputed

$20,351.96

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.65. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DELL USA LP
P.O. BOX 910916
PASADENA CA 91110-0916

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.01

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.66. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DELTA LANDSCAPE SERVICES, INC.
PO BOX 2028
RANCHO CORDOVA CA 95741

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,716.67

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Trucking, Inc.**                          Case number *(if known)* **22-21758**

| 3.67. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.67.

**Nonpriority creditor's name and mailing address**

DENTONI'S WELDING WORKS INC.
801 S. AIRPORT WAY
STOCKTON CA 95205

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$409.17

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.68.

**Nonpriority creditor's name and mailing address**

DESERT FLEET SERV
AKA WW WILLIAMS CO
7028 W VAN BUREN ST
PHOENIX AZ 85043

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$18,914.59

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.69.

**Nonpriority creditor's name and mailing address**

DOCUSIGN INC
PO BOX 735445
DALLAS TX 75373-5445

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$30,518.05

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Matheson Trucking, Inc.**                                    Case number *(if known)* **22-21758**

| 3.70. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DOMINION ENERGY
P.O. BOX 27031
RICHMOND VA 23261-7031

☐ Contingent
☐ Unliquidated
☐ Disputed

$96.39

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

| 3.71. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DORAN MANUFACTURING, LLC.
2851 MASSACHUSETTS AVENUE
CINCINNATI OH 45225

☐ Contingent
☐ Unliquidated
☐ Disputed

$396.47

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

| 3.72. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

E-10 AUTO SERVICE - THOMAS ETEN JR.
5 STONEGATE DRIVE
ALEXANDRIA KY 41001

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,240.20

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

Debtor      **Matheson Trucking, Inc.**                                    Case number *(if known)* **22-21758**

**3.73.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

EAGLE ROAD SERVICE & TIRE
3011 E. LA CADENA
RIVERSIDE CA 92507

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$16,379.77

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.74.** **Nonpriority creditor's name and mailing address**

EARNEST WILLIAMS
2586 S FLANDERS CT
AURORA CO 80013

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$16,363.62

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGAITON SETTLEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.75.** **Nonpriority creditor's name and mailing address**

ECOLUBE RECOVERY, LLC
PO BOX 94421
SEATTLE WA 98124-6721

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$130.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **Matheson Trucking, Inc.**                                      Case number *(if known)* **22-21758**

| | | |
|---|---|---|
| 3.76. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

EMERALD SERVICES, INC.
PO BOX 975201
DALLAS TX 75397-5201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$285.34

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.77.    **Nonpriority creditor's name and mailing address**

EMPLOYBRIDGE, LLC
C/O WILKE FLEURY LLP
400 CAPITOL MALL
22ND FLOOR
SACRAMENTO CA 95814

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

$5,250,443.10

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

LEGAL CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.78.    **Nonpriority creditor's name and mailing address**

ENTERPRISE RENT-A-CAR-PRM
DAMAGE RECOVERY UNIT- BOB
P.O. BOX 801988
KANSAS CITY MO 64180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

POTENTIAL CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Matheson Trucking, Inc.**                           Case number *(if known)* **22-21758**

| 3.79. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.79.  **Nonpriority creditor's name and mailing address**

FAST GLASS
P.O. BOX 3989
SPARKS NV 89432

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,215.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.80.  **Nonpriority creditor's name and mailing address**

FEDEX - PASADENA
P.O. BOX 7221
PASADENA CA 91109-7321

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,017.51

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.81.  **Nonpriority creditor's name and mailing address**

FIDELITY AND DEPOSIT COMPANY OF
MARYLAND
HELEN RASMUSSEN SENIOR CLAIMS
PROFESSIONAL
PO BOX 968036
SCHAUMBURG IL 60196

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

SURETY BOND

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Matheson Trucking, Inc.**           Case number *(if known)* **22-21758**

| 3.82. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FIRST CHOICE SERVICES - ONTARIO
4471 SANTA ANA, STE. A
ONTARIO CA 91761

☐ Contingent
☐ Unliquidated
☐ Disputed

$37.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.83. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FLEET SERVICES INC
3520 MIRA LOMA AVE
ANAHEIM CA 92806

☐ Contingent
☐ Unliquidated
☐ Disputed

$849.18

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.84. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FLEETPRIDE-DALLAS
P O BOX 847118
DALLAS TX 75284-7118

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,181.42

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **Matheson Trucking, Inc.**                        Case number *(if known)* **22-21758**

| 3.85. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FM GRAPHICS, INC
3782 BRADVIEW DRIVE
SUITE 100
SACRAMENTO CA 95827

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,106.59

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.86. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FREEDOM TRUCK & TRAILER PARTS OF UTAH
1153 SOUTH 3600 WEST
SALT LAKE CITY UT 84104

☐ Contingent
☐ Unliquidated
☐ Disputed

$93.51

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.87. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FROG ENVIRONMENTAL
24426 SOUTH MAIN STREET
SUITE 701
CARSON CA 90745

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,400.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Matheson Trucking, Inc.**                          Case number *(if known)* **22-21758**

| 3.88. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.88.  **Nonpriority creditor's name and mailing address**

FUSION CLOUD SERVICES, LLC.
P.O. BOX 51341
LOS ANGELES CA 90051-5641

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,523.09

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.89.  **Nonpriority creditor's name and mailing address**

GARY VORCE
YORK LAW CORPORATION
WENDY C. YORK & JOHN G. NOWAKOWSKI
1111 EXPOSITION BLVD
BLDG 500
SACRAMENTO CA 95815

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.90.  **Nonpriority creditor's name and mailing address**

GLASSDOOR
DEPT 3436
P.O. BOX 123436
DALLAS TX 75312-3436

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$13,300.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **Matheson Trucking, Inc.**                         Case number *(if known)* **22-21758**

| | |
|---|---|
| **3.91.** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.91. **Nonpriority creditor's name and mailing address**

GLOBAL AVIATION SERVICES
PO BOX 22689
NEW YORK NY 10087-2689

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,015.43

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.92. **Nonpriority creditor's name and mailing address**

GRAINGER
DEPT. 809309586
PALATINE IL 60038-0001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$113.94

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.93. **Nonpriority creditor's name and mailing address**

GREENFIELD COMMUNICATIONS
34112 VIOLET LANTERN, SUITE C
DANA POINT CA 92629-6519

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$239.34

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **Matheson Trucking, Inc.**                                      Case number *(if known)* **22-21758**

| 3.94. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GRIFFIN REED EYE CARE
651 FULTON AVE
SACRAMENTO CA 95825-4813

☐ Contingent
☐ Unliquidated
☐ Disputed

$174.92

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.95. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GRS DRIVELINES
930 WEST 2100 SOUTH
SALTY LAKE CITY UT 84119

☐ Contingent
☐ Unliquidated
☐ Disputed

$87.55

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.96. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HANDIQUIP GSE NY LLC
5504 16TH AVENUE
BROOKLYN NY 11204

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,206.90

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Matheson Trucking, Inc.**                                    Case number *(if known)* **22-21758**

| 3.97. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.97.   **Nonpriority creditor's name and mailing address**

HD DISTRIBUTION CO
2600 INDUSTRIAL BLVD.
WEST SACRAMENTO CA 95691

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$178.25

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.98.   **Nonpriority creditor's name and mailing address**

HEER'S AUTO & DIESEL
5661 DA VINCI WAY
SACRAMENTO CA 95835

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,608.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.99.   **Nonpriority creditor's name and mailing address**

HERBERT & ANITA RENDEL, LLC
6202 SOUTH TACOMA WAY
TACOMA WA 98409

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$971.49

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Trucking, Inc.**                                    Case number *(if known)* **22-21758**

| 3.100. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.100.  **Nonpriority creditor's name and mailing address**

HILLYARD / DENVER
P.O. BOX 843117
KANSAS CITY MO 64184-3117

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$33.89

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.101.  **Nonpriority creditor's name and mailing address**

HODGE PRODUCTS INC
PO BOX 1326
EL CAJON CA 92022-1326

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$357.76

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.102.  **Nonpriority creditor's name and mailing address**

HORIZON GLASS INC.
4555 AUBURN BLVD UNIT 4
SACRAMENTO CA 95841

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,820.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **Matheson Trucking, Inc.**    Case number *(if known)* **22-21758**

| 3.103. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HUBSPOT INC
PO BOX 419842
BOSTON MA 02241-9842

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$12,258.01

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

---

| 3.104. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

IDATAWORKS, INC.
C/O STEVEN KHASKY
5708 REGAL OAK LN
PARKER CO 80134

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$6,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

---

| 3.105. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

IMPERIAL SUPPLIES LLC
PO BOX 5362
JANESVILLE WI 53547-5362

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$10,798.71

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Debtor      **Matheson Trucking, Inc.**                                                    Case number *(if known)* **22-21758**

| | | |
|---|---|---|
| 3.106. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.106.  **Nonpriority creditor's name and mailing address**

INDEED INC.
PO BOX 660367
MAIL CODE 5160
DALLAS TX 75266-0367

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $3,236.25 |

---

3.107.  **Nonpriority creditor's name and mailing address**

INLAND KENWORTH, INC - FONTANA
8314 W. ROOSEVELT STREET, 2ND FLR
TOLLESON AZ 85353

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $14,830.18 |

---

3.108.  **Nonpriority creditor's name and mailing address**

INTEGRATED DEICING SERVICES, LLC.
175 AMMON DR.
MANCHESTER NH 03054

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $332.89 |

Debtor   **Matheson Trucking, Inc.**

Case number *(if known)* **22-21758**

| 3.109. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | INTEGRITY ELECTRICAL SOLUTIONS<br>221 CORPORATE CIRCLE, UNIT L<br>GOLDEN CO 80401 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $219.50 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.110. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | INTEGRITY FLEET SERVICES, INC.<br>P.O. BOX 2069<br>MILTON WA 98354 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,328.05 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.111. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | INTERMOBILE FLEET MAINTENANCE<br>3704 REMUDA WAY<br>PINOLE CA 94564 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15,511.74 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **Matheson Trucking, Inc.**          Case number *(if known)* **22-21758**

| 3.112. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

INTERMOUNTAIN GAS COMPANY
PO BOX 5600
BISMARCK ND 58506-5600

☐ Contingent
☐ Unliquidated
☐ Disputed

$84.64

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.113. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

INTERMOUNTAIN TRAILER
5510 W LAMPERT LANE
WEST VALLEY CITY UT 84120

☐ Contingent
☐ Unliquidated
☐ Disputed

$13,978.23

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.114. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

INTERMOUNTAIN TRANSMISSION EXCHANGE
1494 SOUTH WEST TEMPLE
SALT LAKE CITY UT 84115

☐ Contingent
☐ Unliquidated
☐ Disputed

$7,848.83

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Trucking, Inc.**                          Case number *(if known)* **22-21758**

| 3.115. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

INTERSTATE BATTERIES
1730 SOUTH E ST.
SAN BERNARDINO CA 92408

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,632.89

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.116. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JACK'S TIRE & OIL MANAGEMENT CO INC
PO BOX 6337
N. LOGAN UT 84341

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,170.79

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.117. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JB TRAILER SERVICES, INC.
PO BOX 310095
FONTANA CA 92331

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,082.46

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  **Matheson Trucking, Inc.**                              Case number *(if known)* **22-21758**

| 3.118. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JEFF'S TRUCK SERVICE
13514 HWY 99 NORTH
CHICO CA 95973

☐ Contingent
☐ Unliquidated
☐ Disputed

$178.89

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.119. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JOSHUA AGUILAR
MCELFISH LAW FIRM
RAYMOND D. MCELFISH
1112 N. SHERBOURNE DR.
WEST HOLLYWOOD CA 90069

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.120. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KENWORTH SALES COMPANY
DEPT # 001
P.O. BOX 27088
SALT LAKE CITY UT 84127-0088

☐ Contingent
☐ Unliquidated
☐ Disputed

$24,647.58

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor     **Matheson Trucking, Inc.**                                    Case number *(if known)* **22-21758**

| 3.121. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.121.    **Nonpriority creditor's name and mailing address**

KODIAK ROOFING & WATERPROOFING CO.
8825 WASHINGTON BLVD, SUITE 100
ROSEVILLE CA 95678

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$875.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.122.    **Nonpriority creditor's name and mailing address**

LEGACY MOBILE TRUCK REPAIR LLC
661 SOUTH 450 EAST
BURLEY ID 83318

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$291.05

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.123.    **Nonpriority creditor's name and mailing address**

LEGAL SHIELD
PO BOX 2629
ADA OK 74821-2629

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$19.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor  **Matheson Trucking, Inc.**                                    Case number *(if known)* **22-21758**

| 3.124. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.124.

**Nonpriority creditor's name and mailing address**

LES SCHWAB TIRE - SEATTLE
13609 1ST AVENUE, SOUTH
SEATTLE WA 98168

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$961.94

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.125.

**Nonpriority creditor's name and mailing address**

LEVY WILSON
MARA LAW FIRM, PC
DAVID MARA & JAMIE SERB
2650 CAMINO DEL RIO NORTH
SUITE 205
SAN DIEGO CA 92108

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.126.

**Nonpriority creditor's name and mailing address**

LIFT SOLUTIONS, INC.
14616 SHEPARD STREET
OMAHA NE 68138

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,309.58

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **Matheson Trucking, Inc.**        Case number *(if known)* **22-21758**

| 3.127. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LITTLER MENDELSON PC
PO BOX 207137
DALLAS TX 75320-7137

☒ Contingent
☐ Unliquidated
☐ Disputed

$100,026.43

**Date or dates debt was incurred**

**Basis for the claim:**

_____

LEGAL SETTLEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.128. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LOHF SHAIMAN JACOBS HYMAN & FEIGER PC
950 SO CHERRY ST
SUITE 900
DENVER CO 80246

☒ Contingent
☐ Unliquidated
☐ Disputed

$475,682.20

**Date or dates debt was incurred**

**Basis for the claim:**

_____

LEGAL SETTLEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.129. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

M W SUPPLY, INC.
100 PROGRESS ST.
GLEN ROSE TX 76043

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,013.29

**Date or dates debt was incurred**

**Basis for the claim:**

VARIOUS

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **Matheson Trucking, Inc.**        Case number *(if known)* **22-21758**

| 3.130. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.130.**

**Nonpriority creditor's name and mailing address**

MACIRE DIARRA
11149 E 6TH PLACE
AURORA CO 80010

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$93,750.02

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LEGAL SETTLEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.131.**

**Nonpriority creditor's name and mailing address**

MADDOCK MACHINERY
4795 S JULIAN
TUCSON AZ 85714

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$29,138.49

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.132.**

**Nonpriority creditor's name and mailing address**

MAHAMET CAMARA
3782 S GENOA CIRCLE
UNIT A
AURORA CO 80013

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$93,750.02

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LEGAL SETTLEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Matheson Trucking, Inc.**                                    Case number *(if known)* **22-21758**

**3.133.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

MARINI DIESEL, INC
INTERSTATE BILLING
PO BOX 2208
DECATUR AL 35609

$1,525.46

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.134.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

MATHESON AIR SERVICES LLC
9785 GOETHE ROAD
SACRAMENTO CA 95827

$1,072,046.57

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

**3.135.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

MATHESON FLIGHT AND POSTAL SERVICES -
NOTES PAYABLE OLD LOAN
9785 GOETHE ROAD
SACRAMENTO CA 95827

$26,233,066.73

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY NOTE OLD AS OF 7/14/22

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **Matheson Trucking, Inc.**                                    Case number *(if known)* **22-21758**

| 3.136. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MATHESON FLIGHT EXTENDERS, INC.
9785 GOETHE ROAD
SACRAMENTO CA 95827

☐ Contingent
☐ Unliquidated
☐ Disputed

$11,557,772.68

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

INTERCOMPANY PAYABLE DUE AS OF
5/6/2022 - 7/14/2022

**Is the claim subject to offset?**

☐ No
☒ Yes

---

| 3.137. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MATHESON FLIGHT EXTENDERS, INC.
9785 GOETHE ROAD
SACRAMENTO CA 95827

☐ Contingent
☐ Unliquidated
☐ Disputed

$38,309,861.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

INTERCOMPANY PAYABLE DUE AS OF
5/5/2022

**Is the claim subject to offset?**

☐ No
☒ Yes

---

| 3.138. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MATHESON FLIGHT EXTENDERS, INC.
9785 GOETHE ROAD
SACRAMENTO CA 95827

☐ Contingent
☐ Unliquidated
☐ Disputed

$66,851,447.57

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

INTERCOMPANY LOAN PAYABLE

**Is the claim subject to offset?**

☐ No
☒ Yes

Debtor    **Matheson Trucking, Inc.**                          Case number *(if known)* **22-21758**

| 3.139. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MATHESON MAIL TRANSPORTATION
9785 GOETHE ROAD
SACRAMENTO CA 95827

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,819,971.49

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.140. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MATHESON POSTAL SERVICES, INC.
9785 GOETHE ROAD
SACRAMENTO CA 95827

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,627,675.35

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

INTERCOMPANY PAYABLE DUE AS OF
5/6/2022 - 7/14/2022

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.141. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MATHESON POSTAL SERVICES, INC.
9785 GOETHE ROAD
SACRAMENTO CA 95827

☐ Contingent
☐ Unliquidated
☐ Disputed

$62,806,290.73

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

INTERCOMPANY PAYABLE DUE AS OF
5/5/2022

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor    **Matheson Trucking, Inc.**                                     Case number *(if known)* **22-21758**

| 3.142. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MATHESON POSTAL SERVICES, INC.
9785 GOETHE ROAD
SACRAMENTO CA 95827

☐ Contingent
☐ Unliquidated
☐ Disputed

$79,364,059.33

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS          INTERCOMPANY LOAN PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.143. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MAXX FLEET SERVICE
7070 SMITH RD.
DENVER CO 80207

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,316.18

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS          TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.144. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MEDCOR, INC.
PO BOX 75570
CLEVELAND OH 44101-4755

☐ Contingent
☐ Unliquidated
☐ Disputed

$360.00

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS          TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Matheson Trucking, Inc.**                                    Case number *(if known)* **22-21758**

| 3.145. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MERCEDES-BENZ OF EL DORADO HILLS
1000 MERCEDES LANE
EL DORADO HILLS CA 95762

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,227.39

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.146. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

METROWEST SWEEPING, INC.
5246 SILVER PEAK LANE
ROCKLIN CA 95765-5078

☐ Contingent
☐ Unliquidated
☐ Disputed

$145.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.147. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MHC KENWORTH
PO BOX 879269
KANSAS CITY MO 64187-9269

☐ Contingent
☐ Unliquidated
☐ Disputed

$24,805.69

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Trucking, Inc.**                    Case number *(if known)* **22-21758**

| 3.148. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.148.

**Nonpriority creditor's name and mailing address**

MICHELE ELLIS
PERKINS, ASBILL, APLC
NATALIA D. ASBILL-BEAROR
300 CAPITOL MALL
SUITE 1800
SACRAMENTO CA 95814

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.149.

**Nonpriority creditor's name and mailing address**

MICHELIN
12398 COLLECTIONS CENTER DR
CHICAGO IL 60693

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$109,347.56

---

3.150.

**Nonpriority creditor's name and mailing address**

MIDWEST POWER INDUSTRIES
2103 FOREST AVE
KANSAS CITY MO 64108

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$11,610.00

Debtor    **Matheson Trucking, Inc.**                                    Case number *(if known)* **22-21758**

| 3.151. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MIDWEST TRUCK PARTS & SERVICE
5075 COOK ST
DENVER CO 80216

☐ Contingent
☐ Unliquidated
☐ Disputed

$844.55

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.152. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MILLENNIUM TERMITE & PEST
9900 HORN ROAD, SUITE 5
SACRAMENTO CA 95827

☐ Contingent
☐ Unliquidated
☐ Disputed

$62.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.153. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MINUTEMAN SECURITY SYSTEMS
P.O. BOX 942
TRABUCO CANYON CA 92678

☐ Contingent
☐ Unliquidated
☐ Disputed

$165.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **Matheson Trucking, Inc.**           Case number *(if known)* **22-21758**

---

**3.154.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MOUSSA DEMBELE
1475 JESUP AVE 3B
BRONX NY 10452

$17,727.25

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Basis for the claim:**
LITIGAITON SETTLEMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.155.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MURREYS DISPOSAL CO, INC.
PO BOX 7428
PASADENA CA 91109-7428

$389.35

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.156.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

NAPA AUTO PARTS - DALLAS
P.O. BOX 848033
DALLAS TX 75284-8033

$1,151.07

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor  **Matheson Trucking, Inc.**                                    Case number *(if known)* **22-21758**

| 3.157. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NAPA AUTO PARTS - L.A.
FILE 56893
LOS ANGELES CA 90074-6893

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,006.37

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.158. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NAPA AUTO PARTS - TWIN FALLS
PO BOX 1425
TWIN FALLS ID 83303-1425

☐ Contingent
☐ Unliquidated
☐ Disputed

$686.66

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.159. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NAPA AUTO PARTS-TUKWILA
11011 TUKWILA INTL BLVD
TUKWILA WA 98168

☐ Contingent
☐ Unliquidated
☐ Disputed

$536.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **Matheson Trucking, Inc.**             Case number *(if known)* **22-21758**

---

**3.160.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

NEW ENGLAND FLEET SERVICES
42 RUSSELL ROAD
EAST GRANBY CT 06026

$2,522.70

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.161.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

NEXTRAN TRUCK CENTERS
7250 E 56TH AVE
COMMERCE CITY CO 80022

$3,398.71

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.162.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

NUOVEA, INC.
1508 14TH STREET
APT A
SACRAMENTO CA 95814

$6,250.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Matheson Trucking, Inc.**                                    Case number *(if known)* **22-21758**

| 3.163. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.163.

**Nonpriority creditor's name and mailing address**

OCCUPATIONAL HEALTH CENTERS-RANCHO OF
CALIFORNIA
PO BOX 4300
RANCHO CUCAMONGA CA 91729-4300

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$113.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.164.

**Nonpriority creditor's name and mailing address**

OLD WORLD INDUSTRIES, LLC
PO BOX 204549
DALLAS TX 75320-4549

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4,500.78

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.165.

**Nonpriority creditor's name and mailing address**

ORIGAMI RISK LLC
PO BOX 74751
CHICAGO IL 60694-4751

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$84,600.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Matheson Trucking, Inc.**         Case number *(if known)* **22-21758**

| 3.166. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

OXARC, INC.
4003 E BROADWAY AVE
SPOKANE WA 99202

☐ Contingent
☐ Unliquidated
☐ Disputed

$348.97

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.167. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PACCAR PARTS
P.O. BOX 731165
DALLAS TX 75373

☐ Contingent
☐ Unliquidated
☐ Disputed

$11,495.36

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.168. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PACIFIC POWER GROUP, LLC
PO BOX 748720
LOS ANGELES CA 90074-8720

☐ Contingent
☐ Unliquidated
☐ Disputed

$95.88

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **Matheson Trucking, Inc.**                    Case number *(if known)* **22-21758**

| | | |
|---|---|---|
| 3.169. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.169.

**Nonpriority creditor's name and mailing address**

PACIFIC TORQUE
18060 DES MOINES MEMORIAL DR.
SEATTLE WA 98148-1950

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,161.22

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.170.

**Nonpriority creditor's name and mailing address**

PACIFIC WELDING SUPPLY
PO BOX 111240
TACOMA WA 98411-1240

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$188.12

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.171.

**Nonpriority creditor's name and mailing address**

PATRICK KUHNS
MARA LAW FIRM
DAVID MARA
2650 CAMINO DEL RIO NORTH
SUITE 205
SAN DIEGO CA 92108

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Matheson Trucking, Inc.**                                    Case number *(if known)* **22-21758**

| 3.172. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PENSKE TRUCK LEASING - PA
PO BOX 827380
PHILADELPHIA PA 19182-7380

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,941.34

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.173. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PERFORMANCE SYSTEMS INTEGRATION LLC
7324 SW DURHAM RD
PORTLAND OR 97224

☐ Contingent
☐ Unliquidated
☐ Disputed

$174.38

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.174. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PETERBILT OF UTAH
P.O. BOX 27634
SALT LAKE CITY UT 84127

☐ Contingent
☐ Unliquidated
☐ Disputed

$30,028.23

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor     **Matheson Trucking, Inc.**                                      Case number *(if known)* **22-21758**

| 3.175. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.175.**

**Nonpriority creditor's name and mailing address**

PETE'S TOWING SERVICE
P.O. BOX 98783
DES MOINES WA 98198-0783

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$640.98

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.176.**

**Nonpriority creditor's name and mailing address**

PHILLIPS 66 CO./SYNCB
P.O. BOX 530970
ATLANTA GA 30353-0970

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$254.02

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.177.**

**Nonpriority creditor's name and mailing address**

PLUMBING SERVICE CO
6400 ELVAS AVENUE, STE. B
SACRAMENTO CA 95819

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$844.43

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Trucking, Inc.**                                    Case number *(if known)* **22-21758**

| 3.178. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.178.

**Nonpriority creditor's name and mailing address**

PM TRUCK REPAIR, INC
PO BOX 403
WEST SACRAMENTO CA 95691

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,277.39

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.179.

**Nonpriority creditor's name and mailing address**

POINT & CLICK LLC
3833 N. CENTRAL AVE. STE 1710
PHOENIX AZ 85012

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,312.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.180.

**Nonpriority creditor's name and mailing address**

PRIME GLASS
9668 MILLIKEN AVENUE 104-291
RANCHO CUCAMONGA CA 91730

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$497.82

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **Matheson Trucking, Inc.**

Case number *(if known)* **22-21758**

| | |
|---|---|
| **3.181.** | **Nonpriority creditor's name and mailing address** |

PYE-BARKER FIRE & SAFETY LLC
PO BOX 735358
DALLAS TX 75373-5358

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$561.10

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | |
|---|---|
| **3.182.** | **Nonpriority creditor's name and mailing address** |

QUADIENT FINANCE USA INC
PO BOX 6813
CAROL STREAM IL 60197-6813

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$141.30

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | |
|---|---|
| **3.183.** | **Nonpriority creditor's name and mailing address** |

QUALITY TOWING - NORTH LAS VEGAS
PO BOX 365079
NORTH LAS VEGAS NV 89036

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$855.53

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Matheson Trucking, Inc.**            Case number *(if known)* **22-21758**

| 3.184. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

QUEST DIAGNOSTICS - ATLANTA
P. O. BOX 740709
ATLANTA GA 30374-0709

☐ Contingent
☐ Unliquidated
☐ Disputed

$12,154.65

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.185. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

QUICK-SET AUTO GLASS
10655 EAST 120TH COURT
HENDERSON CO 80640

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,972.01

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.186. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

REDMARK CNG SERVICES, LLC.
5660 E 58TH AVE, UNIT B
COMMERCE CITY CO 80022-3976

☐ Contingent
☐ Unliquidated
☐ Disputed

$287.61

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    **Matheson Trucking, Inc.**                              Case number *(if known)* **22-21758**

| 3.187. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.187.  **Nonpriority creditor's name and mailing address**

RELX INC DBA LEXISNEXIS
28544 NETWORK PLACE
CHICAGO IL 60673-1285

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$50.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.188.  **Nonpriority creditor's name and mailing address**

REVOLUTION GEAR & TRUCK PARTS, LLC.
670 NORTH REDWOOD ROAD
NORTH SALT LAKE UT 84054

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$19,730.02

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.189.  **Nonpriority creditor's name and mailing address**

RING CENTRAL, INC.
P.O. BOX 734232
DALLAS TX 75373-4232

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$7,276.60

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor　**Matheson Trucking, Inc.**　　　　　　　　Case number *(if known)* **22-21758**

| 3.190. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RND AUTO & TRUCK, LLC
PO BOX 329
HIBERNIA NJ 07842

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,226.44

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.191. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ROAD KING DIESEL
PO BOX 3640
ALHAMBRA CA 91803

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,564.29

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.192. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ROBS AUTOMOTIVE & COLLISION CENTER
PO BOX 1619
LEVITTOWN PA 19058-1619

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,860.44

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Matheson Trucking, Inc.**                    Case number *(if known)* **22-21758**

---

3.193.   **Nonpriority creditor's name and mailing address**

ROMAINE ELECTRIC CORP
PO BOX 5069
KENT WA 98064-5069

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| $1,537.45 |

---

3.194.   **Nonpriority creditor's name and mailing address**

RUSH TRUCK CENTERS OF COLORADO
P.O. BOX 2208
DECATUR AL 35609-2208

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| $15,075.82 |

---

3.195.   **Nonpriority creditor's name and mailing address**

S & H TERMINAL
323 WEST 1410 SOUTH
SALT LAKE CITY UT 84115

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| $134.58 |

---

Debtor    **Matheson Trucking, Inc.**                                    Case number *(if known)* **22-21758**

| 3.196. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

S & P BRAKE SUPPLY, INC.
PO BOX 30296
BILLINGS MT 59107

☐ Contingent
☐ Unliquidated
☐ Disputed

$7,133.40

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.197. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SACRAMENTO COUNTY SHERIFF'S DEPT
ALARM
4500 ORANGE GROVE AVE.
SACRAMENTO CA 95841-4205

☐ Contingent
☐ Unliquidated
☐ Disputed

$75.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.198. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SAFETY-KLEEN SYSTEMS, INC.
PO BOX 975201
DALLAS TX 75397-5201

☐ Contingent
☐ Unliquidated
☐ Disputed

$584.15

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Trucking, Inc.**                                                    Case number *(if known)* **22-21758**

| 3.199. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SAGE PARTS PLUS
30 HUB DR.
MELVILLE NY 11747

☐ Contingent
☐ Unliquidated
☐ Disputed

$10,070.68

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.200. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SALERNO TIRE CORP
1400 CALCON HOOD RD.
SHARON HILL PA 19079

☐ Contingent
☐ Unliquidated
☐ Disputed

$61.48

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.201. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SALIF DIALLO
5055 PERTH COURT
DENVER CO 80249

☑ Contingent
☐ Unliquidated
☐ Disputed

$36,000.02

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LEGAL SETTLEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Matheson Trucking, Inc.**       Case number *(if known)* **22-21758**

| 3.202. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.202.** **Nonpriority creditor's name and mailing address**

SALT LAKE CITY CORPORATION - LOS ANGELES
PUBLIC UTILITIES
P.O. BOX 840173
LOS ANGELES CA 90084-0173

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Amount of claim**

$90.08

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**3.203.** **Nonpriority creditor's name and mailing address**

SAMSARA NETWORKS INC.
PO BOX 735462
DALLAS TX 75373-5462

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Amount of claim**

$25,215.86

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**3.204.** **Nonpriority creditor's name and mailing address**

SANDERS MOBILE TRUCK REPAIR
PO BOX 401
OREGON CITY OR 97045

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Amount of claim**

$1,315.66

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Debtor    **Matheson Trucking, Inc.**                                    Case number *(if known)* **22-21758**

| 3.205. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SECRETARY OF STATE - SACRAMENTO
BUSINESS PROGRAMS DIVISION
P.O. BOX 944230
SACRAMENTO CA 94244

☐ Contingent
☐ Unliquidated
☐ Disputed

$25.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.206. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SECURITAS SECURITY SERVICES USA, INC.
TATIA DECAMBRE-ELLIS/DISTRICT MANAGER
255 PITKIN ST.
155 FOUNDERS PLAZA
EAST HARFORD CT 06108

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

POTENTIAL CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.207. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SELLY BA
9100 E FLORIDA AVE
APT 4-103
DENVER CO 80247

☑ Contingent
☐ Unliquidated
☐ Disputed

$57,750.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LEGAL SETTLEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor  **Matheson Trucking, Inc.**                                              Case number *(if known)* **22-21758**

3.208.   **Nonpriority creditor's name and mailing address**

SHIRLEY CURRAN
1231 HALIDON WAY
FOLSOM CA 95630

**Date or dates debt was incurred**

10/22/2021

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

SEVERANCE AGREEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $357,992.96 |

3.209.   **Nonpriority creditor's name and mailing address**

SHOPPAS MID AMERICA LLC
1301 N CORRINGTON AVE
KANSAS CITY MO 64120

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $2,644.18 |

3.210.   **Nonpriority creditor's name and mailing address**

SINDY BUFORD
YORK LAW CORPORATION
WENDY C. YORK & JOHN G. NOWAKOWSKI
1111 EXPOSITION BLVD
BLDG 500
SACRAMENTO CA 95815

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

Debtor    **Matheson Trucking, Inc.**                                Case number *(if known)* **22-21758**

| | | |
|---|---|---|
| 3.211. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

SONITROL OF SACRAMENTO LLC
1334 BLUE OAKS BLVD
ROSEVILLE CA 95678

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$832.12

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.212.    **Nonpriority creditor's name and mailing address**

SOUTH SACRAMENTO PARTS, LLC
8622 ELDER CREEK ROAD
SACRAMENTO CA 95828

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,759.06

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.213.    **Nonpriority creditor's name and mailing address**

SOUTH VALLEY AUTO GLASS LLC
2971 W 10460 S
SOUTH JORDAN UT 84095

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$431.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Matheson Trucking, Inc.**                    Case number *(if known)* **22-21758**

| 3.214. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.214. **Nonpriority creditor's name and mailing address**

SOUTH WEST TIRE SHOP INC.
6420 MARTIN LUTHER KING JR BLVD
SACRAMENTO CA 95823

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$790.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.215. **Nonpriority creditor's name and mailing address**

SOUTHERN CALIFORNIA EDISON
P.O. BOX 300
ROSEMEAD CA 91772-0001

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$94.84

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.216. **Nonpriority creditor's name and mailing address**

SOUTHERN TIRE MART
PO BOX 1000
DEPT 143
MEMPHIS TN 38148-0143

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4,161.67

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Trucking, Inc.**          Case number *(if known)* **22-21758**

| 3.217. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SOUTHWEST AIRPORT SERVICES, INC
2600 E. LOS REALES RD #4
TUCSON AZ 85756-6955

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,039.72

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.218. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SOUTHWEST LOCK AND SAFE LLC
3225 S WADSWORTH BLVD UNIT D
LAKEWOOD CO 80227

☐ Contingent
☐ Unliquidated
☐ Disputed

$108.28

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.219. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SPECIALTY FLEET SERVICES, LLC
PO BOX 827
LOCKEFORD CA 95237

☐ Contingent
☐ Unliquidated
☐ Disputed

$11,120.67

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Matheson Trucking, Inc.**                                          Case number *(if known)* **22-21758**

| 3.220. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SSMB PACIFIC HOLDING CO.
598 DISPLAY WAY
SACRAMENTO CA 95838

☐ Contingent
☐ Unliquidated
☐ Disputed

$239.78

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.221. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STANDARD PARTS CORP
P.O. BOX 44250
TACOMA WA 98448

☐ Contingent
☐ Unliquidated
☐ Disputed

$970.12

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.222. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STAPLES BUSINESS ADVANTAGE
PO BOX 660409
DALLAS TX 75266-0412

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,747.78

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Trucking, Inc.**                                          Case number *(if known)* **22-21758**

| 3.223. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STAR INDUSTRIES
3780 A HAPPY LANE
SACRAMENTO CA 95827

☐ Contingent
☐ Unliquidated
☐ Disputed

$11,910.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.224. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STAUFFER'S TOWING LLC
1960 PAINTER LANE
WEST HAVEN UT 84401

☐ Contingent
☐ Unliquidated
☐ Disputed

$568.68

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.225. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STERLING TALENT SOLUTIONS
PO BOX 35626
NEWARK NJ 07193-5626

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,139.75

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Matheson Trucking, Inc.**

Case number *(if known)* **22-21758**

**3.226.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

STEVEN RAY AGUILAR
MCELFISH LAW FIRM
RAYMOND D. MCELFISH
1112 N. SHERBOURNE DR.
WEST HOLLYWOOD CA 90069

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.227.** **Nonpriority creditor's name and mailing address**

STREAMLINE SUPPLY INC
460 NORTH 1000 WEST
CENTERVILLE UT 84014

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$189.97

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.228.** **Nonpriority creditor's name and mailing address**

SUEZ WATER IDAHO
PAYMENT CENTER
PO BOX 371804
PITTSBURGH PA 15250-7804

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$30.33

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Trucking, Inc.**                                    Case number *(if known)* **22-21758**

| | | |
|---|---|---|
| 3.229. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

SUMMIT AIRWORKS
4223 DULUTH AVENUE
ROCKLIN CA 95765

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Amount of claim** |
|---|
| $4,910.68 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.230.    **Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:**

SUNSTATE EQUIPMENT CO.
PO BOX 208439
DALLAS TX 75320-8439

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Amount of claim** |
|---|
| $2,165.87 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.231.    **Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:**

SUPERIOR AUTOMOTIVE WAREHOUSE
2021 RANCHO DR. STE 2
REDLANDS CA 92373

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Amount of claim** |
|---|
| $393.94 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **Matheson Trucking, Inc.**    Case number *(if known)* **22-21758**

| 3.232. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SUPERIOR PAINT SUPPLY
1388 SOUTH 700 WEST
SALT LAKE CITY UT 84104

☐ Contingent
☐ Unliquidated
☐ Disputed

$612.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.233. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SWIPEJOBS
PREMIER EMPLOYEE SOLUTIONS
PO BOX 2380
VINEYARD UT 84059

☒ Contingent
☒ Unliquidated
☒ Disputed

$265,584.37

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LEGAL CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.234. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TENSTREET LLC
5121 S WHEELING AVE, STE 200
TULSA OK 74105

☐ Contingent
☐ Unliquidated
☐ Disputed

$49,415.22

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **Matheson Trucking, Inc.**                                Case number *(if known)* **22-21758**

| 3.235. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.235.   **Nonpriority creditor's name and mailing address**

TERMINIX
150 PEABODY PL
MEMPHIS TN 38103

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$155.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.236.   **Nonpriority creditor's name and mailing address**

THE CHOHAN CONSULTING GROUP
116 ALLANMERE CT
SAN RAMON CA 94582

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4,350.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.237.   **Nonpriority creditor's name and mailing address**

THERMO FLUIDS INC
PO BOX 734867
DALLAS TX 75373-4867

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$56.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Matheson Trucking, Inc.**                                Case number *(if known)* **22-21758**

| 3.238. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TLD AMERICA
812 BLOOMFIELD AVENUE
WINDSOR CT 06095

☐ Contingent
☐ Unliquidated
☐ Disputed

$436.82

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.239. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TRACKER CORP
5001 PLAZA ON THE LAKE, STE 111
AUSTIN TX 78746

☐ Contingent
☐ Unliquidated
☐ Disputed

$12,187.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.240. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TRACTION
P O BOX 749986
LOS ANGELES CA 90074-9986

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,631.51

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Trucking, Inc.**          Case number *(if known)* **22-21758**

| 3.241. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.241.

**Nonpriority creditor's name and mailing address**

TRANSWEST
P.O. BOX 335
BRIGHTON CO 80601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,130.05

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.242.

**Nonpriority creditor's name and mailing address**

TRAVELCENTERS OF AMERICA - CINCINNAT
ATTN: CREDIT DEPARTMENT
P.O. BOX 641906
CINCINNATI OH 45264-1906

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$779.61

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.243.

**Nonpriority creditor's name and mailing address**

TRIMBLE TRANSPORTATION ENTERPRISE
SOLUTIONS
P.O. BOX 203455
DALLAS TX 75320-3455

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$9,598.45

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Trucking, Inc.**        Case number *(if known)* **22-21758**

| 3.244. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.244.

**Nonpriority creditor's name and mailing address**

TRIPLE S STEEL SUPPLY CO.
PO BOX 301212
DALLAS TX 75303-1212

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$237.28

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.245.

**Nonpriority creditor's name and mailing address**

TRU MAC FLEET SERVICE, INC.
ASSIGNEE FOR TRU-MAC TOTAL FLEET
P.O. BOX 848244
LOS ANGELES CA 90084-8244

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4,129.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.246.

**Nonpriority creditor's name and mailing address**

TRUCK ALIGN
P.O. BOX 889
ROY WA 98580

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,997.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Matheson Trucking, Inc.**                          Case number *(if known)* **22-21758**

| 3.247. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.247.

**Nonpriority creditor's name and mailing address**

TUG TECHNOLOGIES CORPORATION
PO BOX 732854
DALLAS TX 75373-2854

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$841.30

---

3.248.

**Nonpriority creditor's name and mailing address**

UNUM LIFE INSURANCE COMPANY OF AMERICA
P.O. BOX 409548
ATLANTA GA 30384-9548

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$2,090.37

---

3.249.

**Nonpriority creditor's name and mailing address**

UTAH CARENOW URGENT CARE LLC
PO BOX 745681
ATLANTA GA 30384

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$65.00

---

Debtor   **Matheson Trucking, Inc.**          Case number *(if known)* **22-21758**

---

**3.250.** **Nonpriority creditor's name and mailing address**

UTILITY TRAILER SALES OF UTAH, INC
4970 WEST 2100 SOUTH
SALT LAKE CITY UT 84120

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$5,698.62

---

**3.251.** **Nonpriority creditor's name and mailing address**

UTILITY TRAILER SALES OF WASHINGTON
904 WEST MAIN STREET
PO BOX 1618
AUBURN WA 98001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$848.06

---

**3.252.** **Nonpriority creditor's name and mailing address**

VALVOLINE COMPANY
PO BOX 74008513
CHICAGO IL 60674-8513

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,107.65

---

Debtor    **Matheson Trucking, Inc.**                  Case number *(if known)* **22-21758**

| 3.253. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | VASKO ELECTRIC 4300 ASTORIA STREET SACRAMENTO CA 95838 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $168.50 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.254. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | VERIZON WIRELESS - 660108 PO BOX 660108 DALLAS TX 75266-0108 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $14,524.90 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.255. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | VISION SERVICE PLAN P.O. BOX 45210 SAN FRANCISCO CA 94145-5210 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $308.42 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

Debtor    **Matheson Trucking, Inc.**          Case number *(if known)* **22-21758**

| 3.256. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.256.

**Nonpriority creditor's name and mailing address**

VITAL RECORDS CONTROL
PO BOX 80493
CITY OF INDUSTRY CA 91716

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$197.32

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.257.

**Nonpriority creditor's name and mailing address**

W&B SERVICE COMPANY
PO BOX 165118
FORT WORTH TX 76161-5118

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,490.74

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.258.

**Nonpriority creditor's name and mailing address**

W&S CHASSIS & TRAILER REPAIR, INC.
PO BOX 4590
RANCHO CUCAMONGA CA 91729

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4,666.65

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Trucking, Inc.**                    Case number *(if known)* **22-21758**

| | | |
|---|---|---|
| **3.259.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | WALKER'S OFFICE SUPPLIES<br>4041 ALVIS COURT<br>ROCKLIN CA 95677 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Amount of claim**

$92.64

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | |
|---|---|---|
| **3.260.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | WASTE MANAGEMENT OF DENVER<br>PO BOX 7400<br>PASADENA CA 91109-7400 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Amount of claim**

$1,173.35

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | |
|---|---|---|
| **3.261.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | WASTE MANAGEMENT OF UTAH<br>P.O. BOX 7400<br>PASADENA CA 91109-7400 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Amount of claim**

$1,476.84

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **Matheson Trucking, Inc.**                                    Case number *(if known)* **22-21758**

| 3.262. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.262.    **Nonpriority creditor's name and mailing address**

WATERLOGIC WEST, INC.
PO BOX 677867
DALLAS TX 75267-7867

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$161.15

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

3.263.    **Nonpriority creditor's name and mailing address**

WELLS FARGO FINANCIAL LEASING
PO BOX 77096
MINNEAPOLIS MN 55480-7796

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,264.60

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

3.264.    **Nonpriority creditor's name and mailing address**

WERRES CORPORATION
807 EAST SOUTH STREET
FREDERICK MD 21701

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,035.25

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor     **Matheson Trucking, Inc.**                                    Case number *(if known)* **22-21758**

| | |
|---|---|
| 3.265. | **Nonpriority creditor's name and mailing address** |

**3.265.**

**Nonpriority creditor's name and mailing address**

WEST COAST FRAME & COLLISION REPAIR
3203-D WEST CAPITOL AVE
WEST SACRAMENTO CA 95691

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$16,891.73

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.266.**

**Nonpriority creditor's name and mailing address**

WORKFORCE QA LLC
1430 SOUTH MAIN STREET
SALT LAKE CITY UT 84115

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$4,569.22

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor   **Matheson Trucking, Inc.**                                    Case number *(if known)* **22-21758**

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.**

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 121 WAWARME INVESTMENT PARTNERS<br>137 DANBURY ROAD<br>PMB 300<br>NEW MILFORD CT 06776 | Part 2 line 3.1 | _____ |
| CERIDIAN HCM INC<br>3311 EAST OLD SHAKOPEE RD<br>MINNEAPOLIS MN 55425 | Part 2 line 3.46 | _____ |
| ENTERPRISE RENT-A-CAR-PRM<br>TRANSWORLD SYSTEMS, INC.<br>COLLECTION AGENCY<br>500 VIRGINIA DR.<br>SUITE 513<br>FT WASHINGTON PA 19034 | Part 2 line 3.78 | _____ |
| MICHELIN<br>ONE PKWY SOUTH<br>GREENVILLE SC 29615 | Part 2 line 3.149 | _____ |
| MISSOURI DEPT OF REVENUE<br>STEVEN A GINTHER,SPECIAL ASST ATTORNEY<br>GENERAL<br>BANKRUPTCY UNIT<br>P O BOX 475<br>JEFFERSON CITY MO 65105-0475 | Part 1 line 2.10 | _____ |
| SAMSARA NETWORKS INC<br>350 RHODE ISLAND ST<br>4TH FL SOUTH BUILDING<br>SAN FRANCISCO CA 94103 | Part 2 line 3.203 | _____ |
| SECURITAS SECURITY SERVICES USA, INC.<br>GLOBAL HAWK RESOURCES, LLC<br>EILEENMEZZO<br>P.O. BOX 2010<br>METHUEN MA 010844 | Part 2 line 3.206 | _____ |
| TN DEPT OF REVENUE<br>TN ATTORNEY GENERAL'S OFFICE<br>BANKRUPTCY DIVISION<br>P O BOX 20207<br>NASHVILLE TN 37202-0207 | Part 1 line 2.18 | _____ |
| WILKE FLEURY LLP<br>DANIEL L EGAN<br>621 CAPITOL MALL,9TH FLOOR<br>SACRAMENTO CA 95814 | Part 2 line 3.77 | _____ |
| WILKE FLEURY LLP<br>JASON G ELDRED<br>621 CAPITOL MALL. 9TH FLOOR<br>SACRAMENTO CA 95814 | Part 2 line 3.77 | _____ |

Debtor    **Matheson Trucking, Inc.**                      Case number *(if known)* **22-21758**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
| --- | --- | --- | --- |
| **5a.** | **Total claims from Part 1** | 5a. | $138,488.00 |
| **5b.** | **Total claims from Part 2** | 5b.   **+** | $300,381,275.61 |
| **5c.** | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $300,519,763.61 |

| Fill in this information to identify the case: |
|---|
| **Debtor name:** Matheson Trucking, Inc. |
| **United States Bankruptcy Court for the:** Eastern District of California |
| **Case number (if known):** 22-21758 |

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. 

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1. | **Title of contract** | BUSINESS INSURANCE | ARGONAUT INSURANCE CO. |
|---|---|---|---|
| | **State what the contract or lease is for** | EXCESS EMPLOYMENT PRACTICES LIABILITY INSURANCE, POLICY NO. MLX4263507-0 | RISK PLACEMENT SERVICES 525 WEST VAN BUREN STE 1325 |
| | **Nature of debtor's interest** | INSURED | CHICAGO IL 60607 |
| | **State the term remaining** | 03/01/2023 | |
| | **List the contract number of any government contract** | _____ | |

| 2.2. | **Title of contract** | AWARDCO SERVICE ORDER | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | SERVICE RECIPIENT | AWARDCO, LLC 727 NORTH 1550 EAST |
| | **State the term remaining** | 9/15/2022 | SUITE 125 OREM UT 84097 |
| | **List the contract number of any government contract** | _____ | |

| 2.3. | **Title of contract** | BUSINESS INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MANAGEMENT LIABILITY PRACTICES INSURANCE, POLICY NO. P-001-000521747-02 | |
| | **Nature of debtor's interest** | INSURED | AXIS INSURANCE COMPANY 1000 AVALON BLVD |
| | **State the term remaining** | 3/1/2023 | STE 200 ALPHARETTA GA 30009 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Matheson Trucking, Inc.**                                      Case number *(if known)* **22-21758**

| 2.4. | **Title of contract** | COMMERCIAL CREDIT CARD AGREEMENT AND AMENDMENTS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BANK OF AMERICA, N.A. PILLSBURY WINTHROP SHAW PITTMAN |
| | **State the term remaining** | ON NOTICE | JONATHAN DOOLITTLE FOUR EMBARCADERO CENTER 22ND FLOOR |
| | **List the contract number of any government contract** | _____ | SAN FRANCISCO CA 94111-5998 |

| 2.5. | **Title of contract** | INDUSTRIAL LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SO CA STC - LGB STC - FACILITY LEASE - 2400 WEST ARTESIA BLVD, LONG BEACH, CA 90805 | |
| | **Nature of debtor's interest** | LESSEE | BRIDGE POINT LONG BEACH, LLC 9528 W. BRYN MAWR AVE. |
| | **State the term remaining** | 11/30/2026 WITH 1 - 5 YEAR OPTION TO RENEW | SUITE 700 ROSEMEONG IL 60018 |
| | **List the contract number of any government contract** | _____ | |

| 2.6. | **Title of contract** | EQUIPMENT LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COPIER LEASE | |
| | **Nature of debtor's interest** | LESSEE | CALTRONICS BUSINESS SYSTEMS ATTN MIKE MURDOCH |
| | **State the term remaining** | 9/15/2024 | 301 UNIVERSITY AVENUE SUITE 150 |
| | **List the contract number of any government contract** | _____ | SACRAMENTO CA 95825 |

| 2.7. | **Title of contract** | CERIDIAN ORDER | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | SERVICE RECIPIENT | CERIDIAN HCM, INC. 3311 EAST OLD SHAKOPEE RD. |
| | **State the term remaining** | 5/30/2023 | MINNEAPOLIS MN 55425 |
| | **List the contract number of any government contract** | _____ | |

| 2.8. | **Title of contract** | BUSINESS INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXCESS LIABILITY INSURANCE, POLICY NO. XOOG72566580001 | |
| | **Nature of debtor's interest** | INSURED | CHUBB FEDERAL INSURANCE CO. PO BOX 4700 |
| | **State the term remaining** | 03/01/2023 | CHESAPEAKE VA 23327-4700 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Matheson Trucking, Inc.**        Case number *(if known)* **22-21758**

| 2.9. | Title of contract | EMPLOYEE BENEFIT INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EMPLOYEE MEDICAL/DENTAL INSURANCE | |
| | Nature of debtor's interest | CONTRACT PARTY | CIGNA |
| | State the term remaining | | 5476 COLLECTIONS CENTER DR. CHICAGO IL 60693 |
| | List the contract number of any government contract | | |

| 2.10. | Title of contract | LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SEA UPS - COMMERCIAL OFFICE BUILDING - 6729 EAST MARGINAL WAY S, SEATTLE WA 98108 | |
| | Nature of debtor's interest | LESSEE | CLPF-SEATTLE DISTRIBUTION CENTER, L.P. |
| | State the term remaining | 3/30/2027 | C/O CLARION PARTNERS ATTN: ANDREW LOWE 1717 MCKINNEY AVENUE SUITE 1900 DALLAS TX 75202 |
| | List the contract number of any government contract | | |

| 2.11. | Title of contract | OFFICE/INDUSTRIAL LEASE AND ADDENDUM | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | BOI SHOP & TERMINAL - COMMERCIAL OFFICE BUILDING - 7801 W LEMHI LANE STE 5, BOISE, ID 83709 | |
| | Nature of debtor's interest | LESSEE | DALE E. PIPKIN |
| | State the term remaining | MO TO MO | 8997 MANDAN COURT BOISE ID 83709 |
| | List the contract number of any government contract | | |

| 2.12. | Title of contract | DELL LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | HARDWARE/SOFTWARE LEASE | |
| | Nature of debtor's interest | LESSEE | DELL |
| | State the term remaining | 8/26/24 | 1 DELL WAY ROUND ROCK TX 78682 |
| | List the contract number of any government contract | | |

| 2.13. | Title of contract | SURETY BOND | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | | |
| | Nature of debtor's interest | | FIDELITY AND DEPOSIT COMPANY OF MARYLAND |
| | State the term remaining | | HELEN RASMUSSEN SENIOR CLAIMS PROFESSIONAL |
| | List the contract number of any government contract | | PO BOX 968036 SCHAUMBURG IL 60196 |

Debtor   **Matheson Trucking, Inc.**          Case number *(if known)* **22-21758**

| 2.14. | **Title of contract** | MASTER SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CONTRACTOR SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | GARY D. NELSON ASSOCIATES, INC. |
| | **State the term remaining** | 1/22/2023 | 19080 LOMITA AVE |
| | **List the contract number of any government contract** | _____ | SONOMA CA 95476 |

| 2.15. | **Title of contract** | BUSINESS INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CIGNA STOP LOSS INSURANCE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | GRANULAR INSURANCE COMPANY |
| | **State the term remaining** | _____ | 269 EAST GRAND AVENUE |
| | **List the contract number of any government contract** | _____ | SOUTH SAN FRANCISCO CA 94080 |

| 2.16. | **Title of contract** | BUSINESS INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIABILITY INSURANCE, POLICY NO. RAD943505218 & AND RAD500019513 | |
| | **Nature of debtor's interest** | INSURED | GREENWICH INSURANCE CO. |
| | **State the term remaining** | 03/01/2023 | 70 SEAVIEW AVE |
| | **List the contract number of any government contract** | _____ | SEAVIEW HOUSE STAMFORD CT 06902-6040 |

| 2.17. | **Title of contract** | BUSINESS INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AUTOMOBILE LIABILITY - AXA XL INSURANCE, POLICY NO. RAD50000195-13 | |
| | **Nature of debtor's interest** | INSURED | GREENWICH INSURANCE CO. |
| | **State the term remaining** | 3/1/2023 | 70 SEAVIEW AVE |
| | **List the contract number of any government contract** | _____ | SEAVIEW HOUSE STAMFORD CT 06902-6040 |

| 2.18. | **Title of contract** | SUBLEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CBR STC - COMMERCIAL OFFICE BUILDING - 14301 MATTAWOMAN DRIVE, BRANDYWINE, PRINCE GEORGE'S COUNTY, MD 20613 | |
| | **Nature of debtor's interest** | LESSEE | GXO LOGISTICS SUPPLY CHAIN, INC |
| | **State the term remaining** | 8/30/2026 | FORMERLY XPO LOGISITICS SUPPLY CHAIN INC |
| | **List the contract number of any government contract** | _____ | 4035 PIEDMONT PARKWAY HIGH POINT NC 27265 |

Debtor   **Matheson Trucking, Inc.**

Case number *(if known)* **22-21758**

| 2.19. | Title of contract | SUBLEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ATL STC - FACILITY LEASE - 1970 MAPLE AVENUE, ATLANTA, FULTON COUNTY, GA 30336 | |
| | Nature of debtor's interest | SUBLESSEE | GXO LOGISTICS SUPPLY CHANIN, INC |
| | State the term remaining | 9/15/2026 | ATTN: LEASE ADMINISTRATION 4035 PIEDMONT PARKWAY |
| | List the contract number of any government contract | _____ | HIGH POINT NC 27265 |

| 2.20. | Title of contract | BUSINESS INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | 401(K) PLAN | |
| | Nature of debtor's interest | INSURED | HARTFORD FIRE INSURANCE COMPANY |
| | State the term remaining | 1/31/2024 | 2 N LA SALLE ST 26TH FLOOR |
| | List the contract number of any government contract | _____ | CHICAGO IL 60602-5700 |

| 2.21. | Title of contract | BUSINESS INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | KIDNAP AND RANSOM INSURANCE, POLICY NO. UKA3005332 .22 | |
| | Nature of debtor's interest | INSURED | HISCOX |
| | State the term remaining | 03/01/2023 | 520 MADISON AVE 32ND FLOOR |
| | List the contract number of any government contract | _____ | NEW YORK NY 10022 |

| 2.22. | Title of contract | HUBSPOT ORDER | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES AGREEMENT | |
| | Nature of debtor's interest | SERVICE RECIPIENT | HUBSPOT INC. |
| | State the term remaining | 6/14/2023 | 25 FIRST STREET CAMBRIDGE MA 02141 |
| | List the contract number of any government contract | _____ | |

| 2.23. | Title of contract | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SNB - HIGHLAND SHOP - COMMERCIAL OFFICE BUILDING - 27236 3RD STREET, BLDG "B", HIGHLAND , CA 92346 | |
| | Nature of debtor's interest | LESSEE | JAMAL SALEH |
| | State the term remaining | 10/1/2023 | C/O SHOWCASE MANAGEMENT INC ATTN DALE LOPEZ |
| | List the contract number of any government contract | _____ | 7835 CHURCH STREET HIGHLAND CA 92346 |

Debtor   **Matheson Trucking, Inc.**        Case number *(if known)* **22-21758**

| 2.24. | **Title of contract** | LENOVO LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | HARDWARE/SOFTWARE LEASE | |
| | **Nature of debtor's interest** | LESSEE | LENOVO GROUP LIMITED |
| | **State the term remaining** | 10/4/22 | 1009 THINK PL |
| | **List the contract number of any government contract** | _____ | MORRISVILLE NC 27560 |

| 2.25. | **Title of contract** | STANDARD INDUSTRIAL REAL ESTATE LEASE AND AS AMENDED | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RNO THS - RENO PEAK ANNEX - FACILITY LEASE - 9499 N. VIRGINIA ST, RENO NV 89506; WASHOE COUNTY | |
| | **Nature of debtor's interest** | LESSEE | MAJESTIC LIBERTY, LLC |
| | **State the term remaining** | 07/01/2027 WITH 1- 5 YEAR OPTION TO RENEW | MAJESTIC REALTY CO. ATTN: PROPERTY MANAGEMENT 13191 CROSSROADS PARKWAY NORTH |
| | **List the contract number of any government contract** | _____ | SIXTH FLOOR CITY OF INDUSTRY CA 91746 |

| 2.26. | **Title of contract** | PROFESSIONAL SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INTERCOMPANY AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MATHESON FLIGHT EXTENDERS, INC. |
| | **State the term remaining** | INDEFINITE | 9785 GOETHE RD. |
| | **List the contract number of any government contract** | _____ | SACRAMENTO CA 95827 |

| 2.27. | **Title of contract** | COMMERCIAL CREDIT CARD AGREEMENT AND AMENDMENTS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MATHESON FLIGHT EXTENDERS, INC. |
| | **State the term remaining** | ON NOTICE | 9785 GOETHE RD. |
| | **List the contract number of any government contract** | _____ | SACRAMENTO CA 95827 |

| 2.28. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SLC SHOP LEASE - FACILITY LEASE SLC - 588 GLADIOLA STREET SALT LAKE CITY, UTAH 84104 | |
| | **Nature of debtor's interest** | LESSEE | MATHESON HOLDINGS, GP ATTN: CHARLES MELLOR |
| | **State the term remaining** | 1/1/2030 | 9785 GOETHE RD. |
| | **List the contract number of any government contract** | _____ | SACRAMENTO CA 95827 |

Debtor     **Matheson Trucking, Inc.**                                          Case number *(if known)* **22-21758**

| 2.29. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | DEN SHOP LEASE - FACILITY LEASE - 6875 EAST 54TH PLACE, COMMERCE CITY, CO 80022 | |
| | **Nature of debtor's interest** | LESSEE | MATHESON HOLDINGS, GP ATTN: CHARLES MELLOR 9785 GOETHE RD. SACRAMENTO CA 95827 |
| | **State the term remaining** | 1/1/2030 | |
| | **List the contract number of any government contract** | _____ | |

| 2.30. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | OAK SHOP LEASE - FACILITY LEASE - 2500 POPLAR STREET OAKLAND, CA 94607 | |
| | **Nature of debtor's interest** | LESSEE | MATHESON HOLDINGS, GP ATTN: CHARLES MELLOR 9785 GOETHE RD. SACRAMENTO CA 95827 |
| | **State the term remaining** | 1/1/2030 | |
| | **List the contract number of any government contract** | _____ | |

| 2.31. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SAC SHOP LEASE - COMMERCIAL OFFICE BUILDING - OPS OFFICE - 455 BANNON STREET SACRAMENTO, CA 95811 | |
| | **Nature of debtor's interest** | LESSEE | MATHESON HOLDINGS, GP ATTN: CHARLES MELLOR 9785 GOETHE RD. SACRAMENTO CA 95827 |
| | **State the term remaining** | 1/1/2030 | |
| | **List the contract number of any government contract** | _____ | |

| 2.32. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | HQ - FACILITY LEASE HQ - 9785 GOETHE ROAD SACRAMENTO, CA 95827 | |
| | **Nature of debtor's interest** | LESSEE | MATHESON HOLDINGS, GP ATTN:CHARLES MELLOR 9785 GOETHE RD. SACRAMENTO CA 95827 |
| | **State the term remaining** | 1/1/2030 | |
| | **List the contract number of any government contract** | _____ | |

| 2.33. | **Title of contract** | PROFESSIONAL SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INTERCOMPANY AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MATHESON MAIL TRANSPORTATION, INC. 9785 GOETHE RD. SACRAMENTO CA 95827 |
| | **State the term remaining** | INDEFINITE | |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Matheson Trucking, Inc.**                                              Case number *(if known)* **22-21758**

| 2.34. | **Title of contract** | PROFESSIONAL SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INTERCOMPANY AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MATHESON POSTAL SERVICES, INC. |
| | **State the term remaining** | INDEFINITE | 9785 GOETHE RD. SACRAMENTO CA 95827 |
| | **List the contract number of any government contract** | _____ | |

| 2.35. | **Title of contract** | COMMERCIAL CREDIT CARD AGREEMENT AND AMENDMENTS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MATHESON POSTAL SERVICES, INC. |
| | **State the term remaining** | ON NOTICE | 9785 GOETHE RD. SACRAMENTO CA 95827 |
| | **List the contract number of any government contract** | _____ | |

| 2.36. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | BNA - FACILITY LEASE - 807 SPACE PARK N, GOODLETTSVILLE, DAVIDSON COUNTY, TN 37072 | |
| | **Nature of debtor's interest** | LESSEE | MILBURN SPN LLC ATTN: GIL CLARK |
| | **State the term remaining** | 7/31/2024 | 30 W. MONROE STREET SUITE 1700 |
| | **List the contract number of any government contract** | _____ | CHICAGO IL 60603 |

| 2.37. | **Title of contract** | BUSINESS INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEAD EXCESS INSURANCE, POLICY NO. 42XSF30482505 | |
| | **Nature of debtor's interest** | INSURED | NATIONAL FIRE & MARINE INSURANCE CO. |
| | **State the term remaining** | 3/1/2023 | RISK PLACEMENT SERVICES 525 WEST VAN BUREN STE 1325 |
| | **List the contract number of any government contract** | _____ | CHICAGO IL 60607 |

| 2.38. | **Title of contract** | SOFTWARE SUBSCRIPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SOFTWARE | |
| | **Nature of debtor's interest** | CLIENT | ORIGAMI RISK LLC EARNEST BENTLEY |
| | **State the term remaining** | 4/23/2021 | 222 N. LASALLE ST. SUITE 2125 |
| | **List the contract number of any government contract** | _____ | CHICAGO IL 60601 |

Debtor   **Matheson Trucking, Inc.**

Case number *(if known)* **22-21758**

| 2.39. | **Title of contract** | SUBSCRIPTION LICENSE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | IMIGRATION SOFTWARE | |
| | **Nature of debtor's interest** | LICENSEE | P.C. LEGAL TOOLS, INC. |
| | **State the term remaining** | MO TO MO | TRACKER CORP<br>559 SUTTER STREET |
| | **List the contract number of any government contract** | _____ | SAN FRANCISCO CA 95827 |

| 2.40. | **Title of contract** | SEPARATION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EMPLOYEE SEPARATION AGREEMENT | |
| | **Nature of debtor's interest** | EMPLOYER | PAUL MATHESON |
| | **State the term remaining** | 7/31/23 | 1701 BRANDT ROAD WAY<br>LODI CA 95240 |
| | **List the contract number of any government contract** | _____ | |

| 2.41. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ATL - THS - COMMERCIAL OFFICE BUILDING - 775/795 ATLANTA SOUTH PARKWAY, SUITE 100, COLLEGE PARK, FULTON COUNTY, GA 30349 | |
| | **Nature of debtor's interest** | LESSEE | PROLOGIS |
| | **State the term remaining** | 7/31/2024 | 3475 PIEDMONT RD NE<br>SUITE 650<br>ATLANTA GA 30305 |
| | **List the contract number of any government contract** | _____ | |

| 2.42. | **Title of contract** | RAY MORGAN LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COPIER LEASE | |
| | **Nature of debtor's interest** | LESSEE | RAY MORGAN COMPANY |
| | **State the term remaining** | UNDETERMINED | 1580 VINEYARD RD<br>ROSEVILLE CA 95678 |
| | **List the contract number of any government contract** | _____ | |

| 2.43. | **Title of contract** | BUSINESS INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | STORAGE TANK LIABILITY - SCOTTSDALE INSURANCE, POLICY NO. VGS0002693 | |
| | **Nature of debtor's interest** | INSURED | SCOTTSDALE |
| | **State the term remaining** | 3/1/2023 | UCPM ENVIRONMENTAL INSURANCE<br>335 E GERMANN RD<br>STE 340<br>GILBERT AZ 85297 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Matheson Trucking, Inc.**                                     Case number *(if known)* **22-21758**

| | | |
|---|---|---|
| 2.44. | **Title of contract** | SEPARATION AGREEMENT |

**State what the contract or lease is for**    EMPLOYEE SEPARATION AGREEMENT

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**Nature of debtor's interest**    EMPLOYER

**State the term remaining**    1/01/2025

**List the contract number of any government contract**    _____

SHIRLEY CURRAN
1231 HALIDON WAY
FOLSOM CA 95630

---

2.45.    **Title of contract**    REAL PROPERTY LEASE

**State what the contract or lease is for**    NE STC - COMMERCIAL OFFICE BUILDING - 2189 WESTOVER ROAD, CHICOPEE, HAMPDEN COUNTY, MA 01022

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**Nature of debtor's interest**    LESSEE

**State the term remaining**    12/31/2026 WITH 2 - 5 YEAR OPTIONS TO RENEW

**List the contract number of any government contract**    _____

STAG INDUSTRIAL HOLDINGS, LLC
C/O STAG INDUSTRIAL INC.
ATTN: GENERAL COUNSEL
ONE FEDERAL STREET
23RD FLOOR
BOSTON MA 02110

---

2.46.    **Title of contract**    PLACEMENT SERVICES AGREEMENT

**State what the contract or lease is for**    STAFFING SERVICES

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**Nature of debtor's interest**    CLIENT

**State the term remaining**    MO TO MO

**List the contract number of any government contract**    _____

SWIPEJOBS LLC
PREMIER EMPLOYEE SOLUTINS
1ST CLASS STAFFING
1293 N. STATE ST.
OREM UT 84057

---

2.47.    **Title of contract**    CONSULTING AGREEMENT

**State what the contract or lease is for**    CONSULTING

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**Nature of debtor's interest**    CLIENT

**State the term remaining**    MO TO MO

**List the contract number of any government contract**    _____

THREE PEAKS CONSULTING, LLC
5772 S. ORCHID WAY
BOISE ID 83716

---

2.48.    **Title of contract**    BUSINESS INSURANCE

**State what the contract or lease is for**    CASUALTY /PROPERTY - REPLACEMENT INSURANCE, POLICY NO. QT6303T36208ATIL22

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**Nature of debtor's interest**    INSURED

**State the term remaining**    03/01/2023

**List the contract number of any government contract**    _____

TRAVELERS PROPERTY CASUALTY
CO OF AMERICA
ONE TOWER SQUARE
HARTFORD CT 06187

Debtor   **Matheson Trucking, Inc.**                    Case number *(if known)* **22-21758**

**2.49.** | **Title of contract** | EMPLOYEE BENEFIT INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
--- | --- | --- | ---
| **State what the contract or lease is for** | EMPLOYEE LONG TERM DISABILITY INSURANCE | |
| **Nature of debtor's interest** | CONTRACT PARTY | UNUM LIFE INSURANCE COMPANY OF AMERICA |
| **State the term remaining** | | P.O. BOX 409548 |
| **List the contract number of any government contract** | | ATLANTA GA 30384-9548 |

**2.50.** | **Title of contract** | EMPLOYEE BENEFIT INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
--- | --- | --- | ---
| **State what the contract or lease is for** | EMPLOYEE VISION INSURANCE | |
| **Nature of debtor's interest** | CONTRACT PARTY | VISION SERVICE PLAN |
| **State the term remaining** | | 3333 QUALITY DRIVE |
| **List the contract number of any government contract** | | RANCHO CORDOVA CA 95670 |

**2.51.** | **Title of contract** | WELLS FARGO LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
--- | --- | --- | ---
| **State what the contract or lease is for** | COPIER LEASE | |
| **Nature of debtor's interest** | LESSEE | WELLS FARGO & COMPANY |
| **State the term remaining** | UNDETERMINED | 420 MONGOMERY STREET |
| **List the contract number of any government contract** | | SAN FRANCISCO CA 94104 |

**2.52.** | **Title of contract** | BUSINESS INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
--- | --- | --- | ---
| **State what the contract or lease is for** | PREMISES POLLUTION LIABILITY INSURANCE, POLICY NO. G72556045001 | |
| **Nature of debtor's interest** | INSURED | WESTCHESTER INSURANCE COMPANY |
| **State the term remaining** | 3/1/2023 | 11575 GREAT OAKS WAY STE 200 |
| **List the contract number of any government contract** | | ALPHARETTA GA 30022 |

**2.53.** | **Title of contract** | BUSINESS INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
--- | --- | --- | ---
| **State what the contract or lease is for** | EXCESS LIABILITY INSURANCE, POLICY NO. G71789597003 | |
| **Nature of debtor's interest** | INSURED | WESTCHESTER SURPLUS LINES INSURANCE CO |
| **State the term remaining** | 03/01/2023 | RISK PLACEMENT SERVICES 525 WEST VAN BUREN STE 1325 |
| **List the contract number of any government contract** | | CHICAGO IL 60607 |

Debtor    **Matheson Trucking, Inc.**                                        Case number *(if known)* **22-21758**

| 2.54. | **Title of contract** | BUSINESS INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | WORKER'S COMPENSATION INSURANCE, POLICY NO. RWD9435054-18 | |
| | **Nature of debtor's interest** | INSURED | XL INSURANCE AMERICA, INC. 70 SEAVIEW AVE SEAVIEW HOUSE STAMFORD CT 06902-6040 |
| | **State the term remaining** | 03/01/2023 | |
| | **List the contract number of any government contract** | _____ | |

| 2.55. | **Title of contract** | BUSINESS INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AIRPORT LIABILITY, POLICY NO. UA0010968AV22A | |
| | **Nature of debtor's interest** | INSURED | XL SPECIALITY INSURANCE COMPANY 70 SEAVIEW AVE SEAVIEW HOUSE STAMFORD CT 06902-6040 |
| | **State the term remaining** | 3/1/2023 | |
| | **List the contract number of any government contract** | _____ | |

**Fill in this information to identify the case:**

**Debtor name:** Matheson Trucking, Inc.

**United States Bankruptcy Court for the:** Eastern District of California

**Case number (if known):** 22-21758

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively.
Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☑ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1. MARK B. MATHESON | 9785 GOETHE ROAD SACRAMENTO CA 95827 | BANK OF AMERICA, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.2. MARK B. MATHESON | 9785 GOETHE ROAD SACRAMENTO CA 95827 | BANC OF AMERICA LEASING & CAPITAL, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.3. MARK B. MATHESON<br><br>AS TRUSTEE FOR THE MARK B. MATHESON 2009 IRREVOCABLE TRUST | 9785 GOETHE ROAD SACRAMENTO CA 95827 | BANK OF AMERICA, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.4. MARK B. MATHESON<br><br>AS TRUSTEE FOR THE MARK B. MATHESON 2009 IRREVOCABLE TRUST | 9785 GOETHE ROAD SACRAMENTO CA 95827 | BANC OF AMERICA LEASING & CAPITAL, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.5. MATHESON FLIGHT EXTENDERS, INC. | 9785 GOETHE RD. SACRAMENTO CA 95827 | BANK OF AMERICA, N.A. | ☑ D<br>☐ E/F<br>☑ G |
| 2.6. MATHESON FLIGHT EXTENDERS, INC. | 9785 GOETHE RD. SACRAMENTO CA 95827 | BANC OF AMERICA LEASING & CAPITAL, LLC | ☑ D<br>☐ E/F<br>☐ G |

Debtor    **Matheson Trucking, Inc.**                                    Case number *(if known)* **22-21758**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.7.  MATHESON FLIGHT EXTENDERS, INC. | 9785 GOETHE ROAD SACRAMENTO CA 95827 | 121 WAWARME INVESTMENT PARTNERS | ☐ D ☑ E/F ☐ G |
| 2.8.  MATHESON FLIGHT EXTENDERS, INC. | 9785 GOETHE ROAD SACRAMENTO CA 95827 | FIDELITY AND DEPOSIT COMPANY OF MARYLAND | ☐ D ☑ E/F ☐ G |
| 2.9.  MATHESON HOLDINGS GP | 9785 GOETHE ROAD SACRAMENTO CA 95827 | BANC OF AMERICA LEASING & CAPITAL, LLC | ☑ D ☐ E/F ☐ G |
| 2.10.  MATHESON HOLDINGS GP | 9785 GOETHE ROAD SACRAMENTO CA 95827 | BANK OF AMERICA, N.A. | ☑ D ☐ E/F ☐ G |
| 2.11.  MATHESON MAIL TRANSPORTATION, INC. | 9785 GOETHE ROAD SACRAMENTO CA 95827 | BANC OF AMERICA LEASING & CAPITAL, LLC | ☑ D ☐ E/F ☐ G |
| 2.12.  MATHESON MAIL TRANSPORTATION, INC. | 9785 GOETHE ROAD SACRAMENTO CA 95827 | BANK OF AMERICA, N.A. | ☑ D ☐ E/F ☐ G |
| 2.13.  MATHESON POSTAL SERVICES, INC. | 9785 GOETHE RD. SACRAMENTO CA 95827 | BANK OF AMERICA, N.A. | ☑ D ☐ E/F ☑ G |
| 2.14.  MATHESON POSTAL SERVICES, INC. | 9785 GOETHE RD. SACRAMENTO CA 95827 | BANC OF AMERICA LEASING & CAPITAL, LLC | ☑ D ☐ E/F ☐ G |
| 2.15.  MATHESON PROPERTIES LLC | 9785 GOETHE ROAD SACRAMENTO CA 95827 | BANC OF AMERICA LEASING & CAPITAL, LLC | ☑ D ☐ E/F ☐ G |
| 2.16.  MATHESON PROPERTIES LLC | 9785 GOETHE ROAD SACRAMENTO CA 95827 | BANK OF AMERICA, N.A. | ☑ D ☐ E/F ☐ G |

| Fill in this information to identify the case: |
| --- |
| **Debtor name:** Matheson Trucking, Inc. |
| **United States Bankruptcy Court for the:** Eastern District of California |
| **Case number (if known):** 22-21758 |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   8/18/2022
              MM/DD/YYYY

✗   */s/ Charles Mellor* _____
Signature of individual signing on behalf of debtor

Charles Mellor
Printed name

Chief Restructuring Officer
Position or relationship to debtor